# EXHIBIT 20

*6651401*

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

SARAH E. ROBERTSON (SBN 142439)
MARK A. DELGADO (SBN 215618)
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, CA  94612

**ORIGINAL**

TELEPHONE NO.: (510) 451-3300   FAX NO. (Optional): (510) 451-1527
E-MAIL ADDRESS (Optional): srobertson@fablaw.com
ATTORNEY FOR (Name): Defendants CEP, Mark Alderdice, and Robert Buscho

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA  94612
BRANCH NAME: Rene C. Davidson Courthouse

PLAINTIFF/PETITIONER: Donald Golden, M.D.

DEFENDANT/RESPONDENT: California Emergency Physicians Medical Group, et al.

**FILED
ALAMEDA COUNTY**

SEP 1 8 2008

CLERK OF THE SUPERIOR COURT
By
                                    Deputy

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):  [X] UNLIMITED CASE (Amount demanded exceeds $25,000)    [ ] LIMITED CASE (Amount demanded is $25,000 or less) | RG08388602 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: October 3, 2008   Time: 9:00 a.m.   Dept.: 19   Div.:   Room:

Address of court (if different from the address above):
Administration Building, 1221 Oak Street, Third Floor, Oakland, CA  94612

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** (answer one):
   a. [X] This statement is submitted by party (name): Defendants CEP, Mark Alderdice, & Robert Buscho
   b. [ ] This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date):
   b. [ ] The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. [ ] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served (specify names and explain why not):
      (2) [ ] have been served but have not appeared and have not been dismissed (specify names):
      (3) [ ] have had a default entered against them (specify names):
   c. [ ] The following additional parties may be added (specify names, nature of involvement in case, and the date by which they may be served):

4. **Description of case**
   a. Type of case in  [X] complaint   [ ] cross-complaint   (describe, including causes of action):
      Alleged employment discrimination, conspiracy breach of contract (partnership agreement) and covenant of good faith and fair dealing, breach of fiduciary duty and wrongful termination.

Page 1 of 4

CM-110

| PLAINTIFF/PETITIONER: Donald Golden, M.D. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: California Emergency Physicians Medical Group, et al. | RG08388602 |

4. b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Despite being a bona-fide partner in California Emergency Physicians Medical Group, Plaintiff alleges he was discriminated against based on his race, in violation of the Fair Employment and Housing Act.  He also alleges breach of contract and related claims.  Defendants deny that Plaintiff was discriminated against and avers that all actions taken with respect to Plaintiff were for legitimate, non-discriminatory reasons and did not violate any contractual obligation.

☐  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request   ☐ a jury trial   ☒ a nonjury trial       *(if more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
a.  ☐  The trial has been set for *(date):*
b.  ☒  No trial date has been set.  This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☒  days *(specify number):* 5 - 7
b.  ☐  hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial   ☒ by the attorney or party listed in the caption   ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  Fax number:
f.  E-mail address:
g.  Party represented:
☐  Additional representation is described in Attachment 8.

9. **Preference**
☐  This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a.  Counsel   ☒ has   ☐ has not       provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b.  ☐  All parties have agreed to a form of ADR.  ADR will be completed by *(date):*
c.  ☐  The case has gone to an ADR process *(indicate status):*

CM-110

| PLAINTIFF/PETITIONER: Donald Golden, M.D. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:California Emergency Physicians Medical Group, et al. | RG08388602 |

10. d. The party or parties are willing to participate in *(check all that apply):*

(1) [X] Mediation

(2) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

(3) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

(4) [ ] Binding judicial arbitration

(5) [ ] Binding private arbitration

(6) [ ] Neutral case evaluation

(7) [ ] Other *(specify):*

e. [ ] This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. [ ] Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. [ ] This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

**11. Settlement conference**

[ ] The party or parties are willing to participate in an early settlement conference *(specify when):*

**12. Insurance**

a. [ ] Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: [ ] Yes [ ] No

c. [ ] Coverage issues will significantly affect resolution of this case *(explain):*

**13. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

[ ] Bankruptcy [ ] Other *(specify):*

Status:

**14. Related cases, consolidation, and coordination**

a. [ ] There are companion, underlying, or related cases.
(1) Name of case:
(2) Name of court:
(3) Case number:
(4) Status:

[ ] Additional cases are described in Attachment 14a.

b. [ ] A motion to [ ] consolidate [ ] coordinate will be filed by *(name party):*

**15. Bifurcation**

[ ] The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**16. Other motions**

[X] The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
Defendants' demurrers to the first amended complaint will be heard on October 9, 2008. Based on the outcome, Defendants may file motions for summary judgment/adjudication.

**CASE MANAGEMENT STATEMENT**

CM-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: Donald Golden, M.D. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: California Emergency Physicians Medical Group, et al. | RG08388602 |

**17. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Defendants | Written discovery | December 2008 |
| Defendants | Deposition of Plaintiff | January 2009 |

c. ☐ The following discovery issues are anticipated *(specify)*:

**18. Economic Litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other Issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

**21. Case management orders**

Previous case management orders in this case are *(check one)*:   ☒ none   ☐ attached as Attachment 21.

**22. Total number of pages attached *(if any)*: _____**

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: September 17, 2008

Sarah E. Robertson
(TYPE OR PRINT NAME)

▶ *Sarah E. Robertson*
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached

CM-110 [Rev. January 1, 2007]          **CASE MANAGEMENT STATEMENT**          Page 4 of 4

**PROOF OF SERVICE - C.C.P. §§1011-1013a**

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald, Abbott & Beardsley, located at 1221 Broadway, 21st Floor, Oakland, CA 94612. I am readily familiar with this firm's business practice of processing of documents for service.

On <u>September 18, 2008</u>, I served a true and correct copy of the following document(s):

**CASE MANAGEMENT STATEMENT**

on all the following interested parties, by causing service by the method indicated below:

Mitchell J. Green, Esq.
**CURTIS & GREEN, LLP**
**1101 Fifth Ave., Suite 310**
**San Rafael, CA  94901**
Ph: (415) 456-4600
Fax: (415) 453-4095
Email: mgreen@curtisgreenlaw.com
*Attorney for Plaintiff*

| | |
|---|---|
| **X** | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope with the U.S. Postal Service, following this firm's business practices. |
| | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
| | Personal Service - By personally serving today said document(s) to the attorney or party as stated above. |
| | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon in writing, by the parties. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on <u>September 18, 2008</u>, at Oakland, California.

Jennifer A. Brooks

1.
PROOF OF SERVICE

9/18/08 (25615) #315634.1