# EXHIBIT 21




| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mitchell J. Green, Esq. (SBN 127718)<br>CURTIS & GREEN, LLP<br>1101 Fifth Ave., Suite 310; San Rafael, CA 94901<br>TELEPHONE NO. 415 456-4600   FAX NO (Optional): 414 455-0270<br>E-MAIL ADDRESS (Optional): mgreen@curtisgreenlaw.com<br>ATTORNEY FOR (Name): | **FILED**<br>ALAMEDA COUNTY<br>SEP 19 2008<br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Unlimited Jurisdiction

PLAINTIFF/PETITIONER: Donald Golden, M.D.
DEFENDANT/RESPONDENT: California Emergency Physicians Group, et al.

| CASE MANAGEMENT STATEMENT<br>(Check one): ☑ UNLIMITED CASE  ☐ LIMITED CASE<br>(Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | CASE NUMBER:<br>RG 08388602 |
|---|---|

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date: October 3, 2008   Time: 9:00 a.m.   Dept.: 19   Div.:   Room:
Address of court (if different from the address above): Administration Building, 1221 Oak St., 3rd fl., Oakland, CA

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** (answer one):
   a. ☑ This statement is submitted by party (name): plaintiff Donald Golden
   b. ☐ This statement is submitted jointly by parties (names):

**BY FAX**

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date): 5/21/08
   b. ☐ The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☑ The following parties named in the complaint or cross-complaint
      (1) ☑ have not been served (specify names and explain why not):
         MedAmerica
      (2) ☐ have been served but have not appeared and have not been dismissed (specify names):
      (3) ☐ have had a default entered against them (specify names):
   c. ☐ The following additional parties may be added (specify names, nature of involvement in case, and the date by which they may be served):

4. **Description of case**
   a. Type of case in ☑ complaint  ☐ cross-complaint  (describe, including causes of action):
   Employment discrimination; public policy tort; Unruh Civil Rights Act(UCRA) (Civ.Code sec. 51); Breach of Fiduciary Duty; Breach of the Covenant of Good Faith and Fair Dealing

| PLAINTIFF/PETITIONER: Donald Golden, M.D. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: California Emergency Physicians Group, et al. | RG 08388602 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiff was a partner in California Emergency Physicians (CEP). He was removed from his position at Seton Coastside for sham and pretextual reasons. He filed an internal grievance claiming discrimination and was retaliated against by being removed from his positon at another CEP facility. Although a partner in name, plaintiff asserts claims under FEHA under the functional analysis test used in Clackamas Gastroenterology Associates, P. C. v. Wells 538 U.S. 440, 123 S.Ct. 1673 (2003) and Strother v. Southern California Permanente Medical Group (9th Cir.1996) 79 F.3d 859, alleging URCA claims in the alternative.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☑ a jury trial ☐ a nonjury trial *(if more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
   a. ☑ days *(specify number):* 10
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. Fax number:
   f. E-mail address:
   g. Party represented:
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
    a. Counsel ☑ has ☐ has not provided the ADR information package identified in rule 201.9 to the client and has reviewed ADR options with the client.
    b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
    c. ☐ The case has gone to an ADR process *(indicate status):*

| PLAINTIFF/PETITIONER: Donald Golden, M.D. | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: California Emergency Physicians Group, et al. | RG 08388602 |

10. d. The party or parties are willing to participate in *(check all that apply):*
  (1) [✓] Mediation
  (2) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 1612)
  (3) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 1612)
  (4) [ ] Binding judicial arbitration
  (5) [ ] Binding private arbitration
  (6) [✓] Neutral case evaluation
  (7) [ ] Other *(specify):*

  e. [ ] This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.
  f. [ ] Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
  g. [ ] This case is exempt from judicial arbitration under rule 1601(b) of the California Rules of Court *(specify exemption):*
  seeks primarily declaratory relief

11. **Settlement conference**
  [✓] The party or parties are willing to participate in an early settlement conference *(specify when):*

12. **Insurance**
  a. [ ] Insurance carrier, if any, for party filing this statement *(name):*
  b. Reservation of rights: [ ] Yes [ ] No
  c. [ ] Coverage issues will significantly affect resolution of this case *(explain):*

13. **Jurisdiction**
  Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
  [ ] Bankruptcy  [ ] Other *(specify):*
  Status:

14. **Related cases, consolidation, and coordination**
  a. [ ] There are companion, underlying, or related cases.
    (1) Name of case:
    (2) Name of court:
    (3) Case number:
    (4) Status:
  [ ] Additional cases are described in Attachment 14a.
  b. [ ] A motion to [ ] consolidate [ ] coordinate will be filed by *(name party):*

15. **Bifurcation**
  [ ] The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

16. **Other motions**
  [ ] The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

| PLAINTIFF/PETITIONER: Donald Golden, M.D. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: California Emergency Physicians Group, et al. | RG 08388602 |

17. **Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☑ The following discovery will be completed by the date specified (describe all anticipated discovery):

    | Party | Description | Date |
    |---|---|---|
    | Plaintiff | written discovery | 11/1/08 |
    | Plaintiff | depose defendants | 2/1/09 |
    | Plaintif | depose non-party witnesses | 2/1/09 |

    c. ☐ The following discovery issues are anticipated (specify):

18. **Economic Litigation**
    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed (if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):

19. **Other issues**
    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference (specify):

20. **Meet and confer**
    a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 212 of the California Rules of Court (if not, explain):

    b. After meeting and conferring as required by rule 212 of the California Rules of Court, the parties agree on the following (specify):

21. **Case management orders**
    Previous case management orders in this case are (check one):   ☑ none   ☐ attached as Attachment 21.

22. Total number of pages attached (if any): _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: 9/17/08

Mitchell J. Green, Esq. (SBN 127718)
(TYPE OR PRINT NAME)                                  ▶ _____
                                                              (SIGNATURE OF PARTY OR ATTORNEY)

                                                      ▶ _____
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY)
                                                      ☑ Additional signatures are attached

CM-110 (Rev. January 1, 2005)          **CASE MANAGEMENT STATEMENT**                    Page 4 of 4
                                                                                American LegalNet, Inc.
                                                                                www.USCourtForms.com

## PROOF OF SERVICE

I, Mitchell J. Green, hereby declare:

My business address is 1101 Fifth Ave., Suite 310, San Rafael, CA 94901 in the County of Marin. I am over the age of eighteen years and I am not a party to the foregoing action.

On September 19, 2008, I served copies of the following document(s):

CASE MANAGEMENT CONFERENCE STATEMENT

on the parties listed below, as follows:

**X** (by mail) by depositing a true copy thereof in a sealed envelope with postage fully paid in the United States mail at San Rafael, California, to the address(es) shown below.

___ (by personal delivery) by having a messenger personally deliver a true copy thereof to the person(s) listed below, at the address(es) set forth below.

___ (by Federal Express) by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Rafael, California, and addressed as set forth below.

___ (by facsimile transmission) by transmitting said document(s) from our office machine, (415.455-0270) to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the document(s) had been transmitted without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 19, 2008 at San Rafael, California.

*/s/ Mitchell J. Green*

_____
Mitchell J. Green

Parties served:
Sarah E. Robertson
Mark A. Delgado
Fitzgerald Abbott & Beardsley
1221 Broadway, 21st fl.
Oakland, CA 94612