**ORIGINAL**



FILED
JAN 2 9 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing
EMC
ADR

1  SARAH E. ROBERTSON #142439
   MARK A. DELGADO #215618
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: srobertson@fablaw.com
5         mdelgado@fablaw.com

6  Attorneys for Defendants
   CALIFORNIA EMERGENCY
7  PHYSICIANS MEDICAL GROUP,
   MARK ALDERDICE and ROBERT BUSCHO

8

9             UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

11  DONALD GOLDEN, M.D.,           Case No.: C10-00437

12          Plaintiff,              NOTICE OF REMOVAL OF CIVIL
                                    ACTION TO THE UNITED STATES
13      vs.                         DISTRICT COURT

14  CALIFORNIA EMERGENCY           [28 U.S.C. §§ 1331 and 1441(b)]
    PHYSICIANS MEDICAL GROUP,
15  MEDAMERICA, MARK ALDERDICE,   (FEDERAL QUESTION)
    ROBERT BUSCHO, and DOES 1-100,
16  inclusive,
                                    **VOLUME 2 OF 2**
17          Defendants.              **(EXHIBITS 61-111)**

18

19  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

20  DISTRICT OF CALIFORNIA:

21          PLEASE TAKE NOTICE that Defendants California Emergency Physicians Medical

22  Group ("CEP"), Mark Alderdice ("Alderdice"), Robert Buscho ("Buscho") (collectively

23  "Defendants") hereby remove to this Court the state court action described below. As detailed

24  herein, all Defendants served with process in the underlying state action seek removal because,

25  on January 15, 2010, Plaintiff filed a Third Amended Complaint that (for the first time) alleged

26  a cause of action arising under federal law. This notice and its attachments contain all process,

27  pleadings and orders served on Defendants, as well as all other documents from the state court

28  file.

1.
NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT
1/28/10 (25615) #356480.1

1. On May 21, 2008, an action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled <u>Donald Golden v. California Emergency Physicians Medical Group, MedAmerica, Mark Alderdice, Robert Buscho</u>, as Case No. RG08388602. A copy of the summons is attached hereto as Exhibit 1. A copy of the civil case cover sheet is attached hereto as Exhibit 2. A copy of the complaint is attached hereto as Exhibit 3.

2. On May 22, 2008, the action was assigned to Judge Stephen Dombrink by the Alameda County Superior Court Clerk. A copy of the Notice of Judicial Assignment for All Purposes is attached hereto as Exhibit 4.

3. On May 22, 2008, the initial case management conference with Judge Dombrink was noticed. A copy of the Notice of case Management Conference and Order is attached hereto as Exhibit 5.

4. On July 1, 2008, Plaintiff Donald Golden ("Plaintiff") filed a Substitution of Attorney, a copy of which is attached hereto as Exhibit 6.

5. On July 1, 2008, Plaintiff filed the First Amended Complaint, a copy of which is attached hereto as Exhibit 7.

6. On July 18, 2008, Plaintiff filed the Proof of Service of Summons as to Defendant Buscho, a copy of which is attached hereto as Exhibit 8.

7. On July 21, 2008, Plaintiff filed the Proof of Service of Summons as to Defendant CEP, a copy of which is attached hereto as Exhibit 9.

8. On July 21, 2008, Plaintiff filed the Proof of Service of Summons as to Defendant Alderdice, a copy of which is attached hereto as Exhibit 10.

9. On August 28, 2008, Plaintiff filed the Proof of Service of his Deposition Subpoena for Personal Appearance and Production of Documents and Things and Notice of Deposition of Marcia Shaikin, a copy of which is attached hereto as Exhibit 11.

10. On September 2, 2008, Defendants filed Demurrers to Plaintiff's First Amended Compliant. A copy of the Notice of Hearing on Demurrer and Demurrer by Defendant California Emergency Physicians Medical Group to Plaintiff's First Amended Complaint is

1 | attached hereto as Exhibit 12. A copy of the Memorandum of Points and Authorities in
2 | Support of Demurrer by Defendant California Emergency Physicians Medical Group is
3 | attached hereto as Exhibit 13. A copy of the [Proposed] Order Granting Defendant California
4 | Emergency Physicians Medical Group's Demurrer to Plaintiff's First Amended Complaint is
5 | attached hereto as Exhibit 14. A copy of the Notice of Hearing on Demurrer and Demurrer by
6 | Defendants Mark Alderdice, M.D. and Robert Buscho, M.D. to Plaintiff's First Amended
7 | Complaint is attached hereto as Exhibit 15. A copy of the Memorandum of Points and
8 | Authorities in Support of Demurrer by Defendants Mark Alderdice, M.D. and Robert Buscho,
9 | M.D. is attached hereto as Exhibit 16. A copy of the [Proposed] Order Granting Demurrer to
10 | First Amended Complaint by Defendants Mark Alderdice, M.D. and Robert Buscho, M.D. is
11 | attached hereto as Exhibit 17. A copy of the Compendium of Non-California Authorities in
12 | Support of Demurrer by Defendant California Emergency Physicians Medical Group and
13 | Demurrer by Robert Buscho and Mark Alderice to Plaintiff's First Amended Complaint is
14 | attached hereto as Exhibit 18. A copy of the Proof of Service is attached hereto as Exhibit 19.
15 |     11. On September 18, 2008, Defendants filed their Case Management Statement, a
16 | copy of which is attached as Exhibit 20.
17 |     12. On September 19, 2008, Plaintiff filed his Case Management Statement, a copy
18 | of which is attached as Exhibit 21.
19 |     13. On September 26, 2008, Plaintiff filed his opposition to Defendants' Demurrer.
20 | A copy of Plaintiff's Opposition to Demurrer by California Emergency Physicians Medical
21 | Group is attached hereto as Exhibit 22. A copy of Plaintiff's Opposition to Demurrer by Mark
22 | Alderdice and Robert Buscho is attached hereto as Exhibit 23.
23 |     14. On October 2, 2008, Defendants' filed their replies in support of their Demurrers
24 | to the First Amended Complaint. A copy of the Reply Memorandum in Support of Demurrer
25 | by Defendant California Emergency Physicians Medical Group is attached hereto as Exhibit
26 | 24. A copy of the Reply Memorandum in Support of Demurrer by Defendants Mark Alderdice,
27 | M.D. and Robert Buscho, M.D. is attached hereto as Exhibit 25.
28 |     15. On October 3, 2008, a Case Management Conference was held with Judge

1 | Dombrink. A copy of the Minutes is attached hereto as Exhibit 26. A copy of the Case
2 | Management Order is attached hereto as Exhibit 27.

3 |     16.    On October 9, 2008, Defendants' Demurrers to the First Amended Complaint
4 | were heard by Judge Dombrink. A copy of the Minutes as to Defendant CEP's Demurrer is
5 | attached hereto as Exhibit 28. A copy of the Order sustaining Defendant CEP's Demurrer is
6 | attached hereto as Exhibit 29. A copy of the Minutes as to Defendants Alderdice and Buscho's
7 | Demurrer is attached hereto as Exhibit 30. A copy of the Order sustaining Defendants
8 | Alderdice and Buscho's Demurrer is attached hereto as Exhibit 31.

9 |     17.    On October 14, 2008, mail to Plaintiff's counsel of record, Mitchell Green, from
10 | the court containing the case management order was returned, a copy of which is attached
11 | hereto as Exhibit 32.

12 |     18.    On October 20, 2008, Plaintiff filed the Second Amended Complaint, a copy of
13 | which is attached hereto as Exhibit 33.

14 |     19.    On October 24, 2008, mail to Plaintiff's counsel of record, Mitchell Green, from
15 | the court containing the order was returned, a copy of which is attached hereto as Exhibit 34.

16 |     20.    On November 3, 2008, Defendants' Answer to Second Amended Complaint was
17 | filed, a copy of which is attached hereto as Exhibit 35.

18 |     21.    On January 14, 2009, Defendants filed their Case Management Statement, a
19 | copy of which is attached hereto as Exhibit 36.

20 |     22.    On January 20, 2009, Plaintiff filed his Case Management Statement, a copy of
21 | which is attached hereto as Exhibit 37.

22 |     23.    On January 29, 2009, a Case Management Conference was held with Judge
23 | Dombrink. A copy of the Minutes is attached hereto as Exhibit 38. A copy of the Case
24 | Management Order is attached hereto as Exhibit 39.

25 |     24.    On February 6, 2009, mail to Plaintiff's counsel of record, Mitchell Green, from
26 | the court containing the case management order was returned, a copy of which is attached
27 | hereto as Exhibit 40.

28 |     25.    On April 16, 2009, the parties submitted their Stipulation re: Protective Order to

the court. A copy of the Stipulation re: Protective Order is attached hereto as Exhibit 41. A copy of the [Proposed] Order re: Stipulated Protective Order is attached hereto as Exhibit 42.

26. On April 20, 2009, Judge Dombrink granted the parties' Protective Order. A copy of the court's order granting the Protective Order is attached hereto as Exhibit 43. A copy of the parties Order Re: Stipulated Protective Order signed by Judge Dombrink is attached hereto as Exhibit 44.

27. On April 22, 2009, Plaintiff filed his Case Management Statement, a copy of which is attached hereto as Exhibit 45.

28. On April 24, 2009, Defendants filed a Notice of Entry of Order Re: Stipulated Protective Order, a copy of which is attached hereto as Exhibit 46.

29. On April 28, 2009, a Case Management Conference was held with Judge Dombrink. A copy of the Minutes is attached hereto as Exhibit 47. A copy of the Case Management Order - Order re: Case Management and Trial Setting Order with Notice of Trial is attached hereto as Exhibit 48.

30. On May 8, 2009, mail to Plaintiff's counsel of record, Mitchell Green, from the court was returned, a copy of which is attached hereto as Exhibit 49.

31. On July 30, 2009, Defendants filed their Case Management Statement, a copy of which is attached hereto as Exhibit 50.

32. On August 10, 2009, Plaintiff filed their Case Management Statement, a copy of which is attached hereto as Exhibit 51.

33. On August 14, 2009, a Case Management Conference was held with Judge Dombrink. A copy of the Minutes is attached hereto as Exhibit 52.

34. On August 28, 2009, mail to Plaintiff's counsel of record, Mitchell Green, from the court was returned, a copy of which is attached hereto as Exhibit 53.

35. On September 25, 2009, Defendants filed their Motions for Summary Judgment or, in the Alternative, Summary Adjudication. A copy of the Notice of Motion and Motion by Defendant California Emergency Physicians Medical Group for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues is attached hereto as Exhibit 54. A copy of

1 | the Memorandum of Points and Authorities in Support of Defendant California Emergency
2 | Physicians Medical Group for Summary Judgment or, in the Alternative, for Summary
3 | Adjudication of Issues is attached hereto as Exhibit 55. A copy of the Separate Statement of
4 | Undisputed Material Facts in Support of Defendant California Emergency Physicians Medical
5 | Group's Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of
6 | Issues is attached hereto as Exhibit 56. A copy of the Notice of Motion and Motion by
7 | Defendants Mark Alderice, M.D. and Robert Buscho, M.D. for Summary Judgment or, in the
8 | Alternative, for Summary Adjudication of Issues is attached hereto as Exhibit 57. A copy of
9 | the Memorandum of Points and Authorities in Support of Defendants Mark Alderice, M.D. and
10 | Robert Buscho, M.D. for Summary Judgment or, in the Alternative, for Summary Adjudication
11 | of Issues is attached hereto as Exhibit 58. A copy of the Separate Statement of Undisputed
12 | Material Facts in Support of Motion by Defendants Mark Alderice, M.D. and Robert Buscho,
13 | M.D. for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues is
14 | attached hereto as Exhibit 59. A copy of the Evidence in Support of Motions by All
15 | Defendants for Summary Judgment, or, in the Alternative, for Summary Adjudication of Issues
16 | is attached hereto as Exhibit 60. A copy of the Compendium of Non-California Authorities in
17 | Support of Motions by All Defendants for Summary Judgment or, in the Alternative, for
18 | Summary Adjudication of Issues is attached hereto as Exhibit 61. A copy of the Proof of
19 | Service Via Hand Delivery is attached hereto as Exhibit 62.

20     36. On October 30, 2009, Plaintiff filed the Proof of Service of his Demand for
21 | Exchange of Expert Witness Information, a copy of which is attached hereto as Exhibit 63.

22     37. On November 24, 2009, Plaintiff filed his opposition to Defendants' Motions for
23 | Summary Judgment or, in the Alternative, Summary Adjudication. A copy of Plaintiff's
24 | Opposition to Motion for Summary Adjudication/Judgment by Defendant CEP is attached
25 | hereto as Exhibit 64. A copy of Plaintiff's Separate Statement of Undisputed Material Facts in
26 | Opposition to Defendant CEP's Motion for Summary Judgment/Summary Adjudication is
27 | attached hereto as Exhibit 65. A copy of Plaintiff's Statement of Additional Disputed Facts in
28 | Opposition to Defendant CEP's Motion for Summary Judgment/Summary Adjudication is

attached hereto as Exhibit 66. A copy of Plaintiff's Opposition to Motion for Summary Adjudication/Judgment by Defendants Alderdice and Buscho is attached hereto as Exhibit 67. A copy of Plaintiff's Separate Statement of Undisputed Material Facts in Opposition to Defendants Alderdice/ Buscho's Motion for Summary Judgment/Summary Adjudication is attached hereto as Exhibit 68. A copy of Plaintiff's Statement of Additional Disputed Facts in Opposition to Defendants Alderdice/Buscho's Motion for Summary Judgment/Summary Adjudication is attached hereto as Exhibit 69. A copy of the Evidence in Opposition to Motions by All Defendants for Summary Judgment/Summary Adjudication is attached hereto as Exhibit 70. A copy of the Proof of Service is attached hereto as Exhibit 71.

38. On November 30, 2009, the action was reassigned to Judge Gail Brewster Bereola by Yolanda Northridge, Presiding Judge, Superior Court of California, County of Alameda. A copy of the Notice of Reassignment of Judge for All Purposes is attached hereto as Exhibit 72.

39. On December 4, 2009, Defendants filed their Replies in Support of their Motions for Summary Judgment or, in the Alternative, Summary Adjudication. A copy of the Reply Memorandum in Support of Defendant California Emergency Physicians Medical Group's Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues is attached hereto as Exhibit 73. A copy of Defendant California Emergency Physicians Medical Group's Response to Plaintiff's Opposition to Separate Statement of Undisputed Material Facts Regarding its Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues is attached hereto as Exhibit 74. A copy of Defendant California Emergency Physicians Medical Group's Reply to Plaintiff's Separate Statement of Additional Disputed Facts in Opposition to Defendant CEP's Motion by For Summary Judgment or, in the Alternative, Summary Adjudication of Issues is attached hereto as Exhibit 75. A copy of the [Proposed] Order Granting Defendant California Emergency Physicians Medical Group's Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues is attached hereto as Exhibit 76. A copy of the Reply Memorandum in Support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication of

7.

Issues by Defendants Mark Alderdice and Robert Buscho is attached hereto as Exhibit 77. A copy of Defendants Mark Alderdice and Robert Buscho's Response to Plaintiff's Opposition to Separate Statement of Undisputed Material Facts Regarding Their Motion for Summary Judgment or, in the Alternative, for Summary Adjudication is attached hereto as Exhibit 78. A copy of Defendants Mark Alderdice and Robert Buscho's Reply to Plaintiff's Statement of Additional Disputed Facts in Opposition to Defendant Alderdice/Buscho's Motion by For Summary Judgment or, in the Alternative, Summary Adjudication of Issues is attached hereto as Exhibit 79. A copy of the [Proposed] Order Granting Defendants Mark Alderdice, M.D. and Robert Buscho, M.D.'s Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues is attached hereto as Exhibit 80. A copy of Defendants' Objections to Evidence is attached hereto as Exhibit 81. A copy of the [Proposed] Order Granting Defendants' Objections to Evidence is attached hereto as Exhibit 82. A copy of the Request for Judicial Notice in Support of (A) Defendant California Emergency Physicians Medical Group's Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues and (B) Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues by Defendants Mark Alderdice, M.D. and Robert Buscho, M.D. is attached hereto as Exhibit 83. A copy of the Supplemental Compendium of Non-California Authorities in Support of Motions by All Defendants for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues is attached hereto as Exhibit 84. A copy of the Proof of Service is attached hereto as Exhibit 85.

40. On December 4, 2009, Defendants filed an Ex Parte Application for an Order to Shorten Time on their Motion to Compel Plaintiff's Mental Examination. A copy of Defendants' Notice of Ex Parte Application and Ex Parte Application for Order Shortening Time on Motion to Compel Plaintiff's Mental Examination is attached hereto as Exhibit 86. A copy of the Declaration of Sarah E. Robertson in Support of Defendants' Ex Parte Application for Order Shortening Time on Motion to Compel Plaintiff's Mental Examination is attached hereto as Exhibit 87. A copy of the [Proposed] Order Shortening Time on Defendants' Motion to Compel Plaintiff's Mental Examination is attached hereto as Exhibit 88. A copy of the Proof

of Service is attached hereto as Exhibit 89.

    41. On December 7, 2009, Plaintiff filed an opposition to Defendants' ex parte application. A copy of Plaintiff's Opposition to Defendants' Application for an Order Shortening Time is attached hereto as Exhibit 90.

    42. On December 8, 2009, Plaintiff filed the Proof of Service of Plaintiff's Opposition to Defendants' Application for an Order Shortening Time, a copy of which is attached hereto as Exhibit 91.

    43. On December 8, 2009, Judge Dombrink denied Defendants' Application for an Order Shortening Time. A copy of the Application re: Order Shortening Time Denied is attached hereto as Exhibit 92.

    44. On December 9, 2009, the parties were again served with notice that the action was reassigned to Judge Gail Brewster Bereola by Yolanda Northridge, Presiding Judge, Superior Court of California, County of Alameda. A copy of the additional Notice of Reassignment of Judge for All Purposes is attached hereto as Exhibit 93.

    45. On December 10, 2009, Defendants' Motions for Summary Judgment or, in the Alternative, Summary Adjudication were heard by Judge Dombrink. A copy of the Minutes as to Defendant CEP's Motion for Summary Judgment or, in the Alternative, Summary Adjudication is attached hereto as Exhibit 94. A copy of the Minutes as to Defendants Alderdice and Buscho's Motion for Summary Judgment or, in the Alternative, Summary Adjudication is attached hereto as Exhibit 95.

    46. On December 11, 2009, Judge Dombrink issued his order regarding Defendants' Motions for Summary Judgment or, in the Alternative, Summary Adjudication. A copy of the Order denying Defendant CEP's Motion for Summary Judgment or, in the Alternative, Summary Adjudication is attached hereto as Exhibit 96. A copy of the Order denying Defendants Alderdice and Buscho's Motion for Summary Judgment or, in the Alternative, Summary Adjudication is attached hereto as Exhibit 97.

    47. On December 21, 2009, Plaintiff filed an Ex Parte Application for an Order to Shorten Time to hear Motion for Leave to Amend Complaint. A copy of Plaintiff's Ex Parte

9.

Application for Order Shortening Time to Hear Motion for Leave to Amend Complaint is attached hereto as Exhibit 98. A copy of the [Proposed] Order Granting Motion to Shorten Time is attached hereto as Exhibit 99. A copy of the Proof of Service is attached hereto as Exhibit 100.

48. On December 22, 2009, Plaintiff filed the Proof of Service of Ex Parte Application to Shorten Time, Proposed Order, Proof of Service, a copy of which is attached hereto as Exhibit 101.

49. On December 22, 2009, the parties submitted the Stipulated Order Granting Leave to File Third Amended Complaint, a copy of which is attached hereto as Exhibit 102.

50. On January 4, 2010, Plaintiff filed the Notice to Clerk of Incorrect Attorney Address and Telephone Number, a copy of which is attached hereto as Exhibit 103.

51. On January 15, 2010, the action was called for jury trial before Judge Bereola. A copy of the Minutes is attached hereto as Exhibit 104.

52. On January 15, 2010, at the jury trial call, Plaintiff's counsel resubmitted the Stipulated Order Granting Leave to File Third Amended Complaint. The version of the stipulation and order presented to the Court was not, however, the fully executed version as previously submitted to the court on December 22, 2009 (see Exhibit 101). A copy of the January 15, 2010 version of the Stipulated Order Granting Leave to File Third Amended Complaint is attached hereto as Exhibit 105.

53. On January 15, 2010, the court granted the Stipulated Order Granting Leave to File Third Amended Complaint, a copy of which is attached hereto as Exhibit 106.

54. On January 15, 2010, Plaintiff filed his Third Amended Complaint, a copy of which is attached hereto as Exhibit 107. The Third Amended Complaint, for the first time, included a cause of action arising under federal law, in that the Third Amended Complaint added a claim for violation of 42 U.S.C. section 1981.

55. On January 15, 2010, Defendants filed their answer to the Third Amended Complaint. A copy of the Answer to Third Amended Compliant by Defendants California Emergency Physicians Medical Group, Mark Alderdice, M.D., and Robert Buscho, M.D. is

10.

1 | attached hereto as Exhibit 108.

2 |     56. On January 18, 2010, the court issued an order granting the parties' stipulation regarding amending the complaint on the condition the stipulation be amended to include the signature of Sarah Robertson, counsel of record for Defendants. A copy of the Order granting the amendment, subject to this condition, is attached hereto as Exhibit 109.

    57. On January 19, 2010, Jennifer Brooks, Sarah Robertson's paralegal, sent an email to Judge Bereola's department clerk advising that a fully executed copy the parties' Stipulated Order Granting Leave to File Third Amended Complaint had been sent to the court on December 22, 2009 and attached a copy of the stipulation. Ms. Brooks further attached a copy of the order signed by Judge Bereola, which contained Sarah Robertson and Mitchell Green's signatures. A copy of Ms. Brooks' January 19, 2010 email is attached hereto as Exhibit 110.

    58. On January 26, 2010, the court's clerk, Elizabeth Erickson, advised the parties that the January 15, 2010 order that was signed and filed was sufficient and nothing further needed to be issued. A copy of Ms. Erickson's January 26, 2010 email is attached hereto as Exhibit 111.

    59. Defendants have timely filed this notice "within 30 days after the receipt [of the complaint], through service or otherwise" (28 USC §1446(b)). The undersigned counsel for Defendants was personally served with Third Amended Complaint on January 15, 2010.

    60. Pursuant to subsection (d) of California Code of Civil Procedure section 431.30, Defendants filed their Answer and general denial to Plaintiff's unverified Third Amended Complaint on January 15, 2010.

    61. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331, and is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action "founded on a claim or right arising under the . . . laws of the United States."

//

62. In the state court action, Defendant MedAmerica was never served with the Summons and Complaint and therefore does not join in this Notice of Removal.

Dated: January 28, 2010          FITZGERALD ABBOTT & BEARDSLEY LLP

                                 By _____
                                 Sarah E. Robertson
                                 Attorneys for Defendants
                                 CALIFORNIA EMERGENCY
                                 PHYSICIANS MEDICAL GROUP,
                                 MARK ALDERDICE and ROBERT BUSCHO