SARAH E. ROBERTSON #142439
MARK A. DELGADO #215618
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: srobertson@fablaw.com
        mdelgado@fablaw.com

Attorneys for Defendants
CALIFORNIA EMERGENCY
PHYSICIANS MEDICAL GROUP,
MARK ALDERDICE and ROBERT BUSCHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DONALD GOLDEN, M.D., | Case No.: C10-00437 JSW |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive, | Civil Local Rule 3-16 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned submits this Certification of Interested Entities or Persons.

The named parties are the only persons or entities who either (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Because California Emergency Medical Group ("CEP") is a general partnership, every partner has a financial interest in the proceeding. Given that there are over 1,000 partners, the ownership stake of any one partner is relatively small, but Defendants' interpretation is that Civil Local Rule 3-16 (incorporating 28 U.S.C. § 455(d)(4)) requires disclosure of the names of all partners in CEP. Accordingly, the names of each current CEP partner are as follows:

1.

| LAST NAME | FIRST NAME | |
|---|---|---|
| Aarden | Pyra M. | M.D. |
| Abed | John A. | M.D. |
| Abrahamsen | Aaron A. | M.D. |
| Acharya | Janak | M.D. |
| Adams | David A. | M.D. |
| Adams | Jodi L. | M.D. |
| Adewunmi | Victoria | M.D. |
| Afarian | Hagop | M.D. |
| Agness | Mark S. | M.D. |
| Ahwah | Ian | M.D. |
| Aijian | Peter C. | M.D. |
| Alderdice | Mark A. | M.D. |
| Ali | Karrar H. | D.O. |
| Allen | Robert J. | M.D. |
| Allison | Jerry A. | M.D. |
| Anderson | Stephen A. | M.D. |
| Anderson | Brian L. | M.D. |
| Anshus | John S. | M.D. |
| Arakaki | Dwight C. | M.D. |
| Arambula | Joaquin | M.D. |
| Aratow | Michael | M.D. |
| Arnold | Jeffrey L. | M.D. |
| Aryai | Arezou | D.O. |
| Asamoah, Jr. | Osei K. | M.D. |
| Ashkenaze | Mary K. | M.D. |
| Asika | Dominic I. | M.D. |
| Aumont | Elisa E. | M.D. |
| Azad | Armaghan | M.D. |
| Barandica | Robert | M.D. |
| Barbour | Lesley A. | M.D. |
| Barceloux | Donald G. | M.D. |
| Barnett | Katrina | M.D. |
| Bason-Mitchell | Mark S. | M.D. |
| Bass | Charles W. | M.D. |
| Bass | Jeffrey H. | M.D. |
| Bautista | Roger M. | D.O. |
| Bear | David M. | M.D. |
| Bearie | Brian J. | M.D. |
| Beaupied | Earl | M.D. |
| Behymer | Joseph F. | M.D. |
| Bell | Angela F. | M.D. |
| Bellinghausen | Reagan B. | M.D. |
| Benford | Jacob | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
| --- | --- | --- |
| Bennett | David J. | D.O. |
| Benson | Peter C. | M.D. |
| Berkman | Peter M. | M.D. |
| Berman | Alan S. | M.D. |
| Berman | Jennifer | M.D. |
| Beuerle | John R. | M.D. |
| Bhogill | Archana | M.D. |
| Biittner | Mark T. | M.D. |
| Binkley | Peter A. | M.D. |
| Binns | Maurice L. | M.D. |
| Birdsall | David A. | M.D. |
| Bishop | Michael H. | D.O. |
| Bistrain | Joseph J. | M.D. |
| Blasingame III | John T. | M.D. |
| Bloomfield | Peter J. | M.D. |
| Blum | Michael R. | M.D. |
| Bobrik | Linda Z. | M.D. |
| Bodnar | John A. | M.D. |
| Boeche | Renee E. | D.O. |
| Boettger | Mark L. | M.D. |
| Bolivar | David A. | M.D. |
| Bolotin | Gregg S. | M.D. |
| Bolowich | Franz K. | D.O. |
| Borger | Rodney W. | M.D. |
| Borromeo | Raul V. | M.D. |
| Boulton | Harold M. | M.D. |
| Bourke | Sean E. | M.D. |
| Bowen | Scott L. | M.D. |
| Bower | Michael G. | M.D. |
| Bower | Kurt S. | M.D. |
| Boyd | James B. | M.D. |
| Boyd | Yasmina B. | D.O. |
| Brackin | Reid F. | M.D. |
| Brainard | Andrew A. | M.D. |
| Brandtman | Todd E. | M.D. |
| Breit | Aaron T. | M.D. |
| Brenchley | Ryan L. | M.D. |
| Bretz | Stephen W. | M.D. |
| Brodie | Lester J. | M.D. |
| Brosnan | Douglas | M.D. |
| Brown | Jay J. | M.D. |
| Brown | Terrill E. | M.D. |
| Brown | Daniel B. | D.O. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

| LAST NAME | FIRST NAME | |
| --- | --- | --- |
| Bruckner | Joseph R. | M.D. |
| Buchanan | Dana | D.O. |
| Buckley | Byron J. | M.D. |
| Buhler | Daniel P. | M.D. |
| Bui | Gene P. | M.D. |
| Bullard | Timothy C. | M.D. |
| Burbridge | Larry B. | D.O. |
| Burchfield | Aaron A. | M.D. |
| Burdick | Marc Y. | D.O. |
| Burg | Michael | M.D. |
| Burke | Gregory W. | M.D. |
| Burke | John K. | M.D. |
| Burke | Christopher D. | M.D. |
| Busch | Benjamin A. | D.O. |
| Buscho | Robert F. | M.D. |
| Butcher | Brent A. | M.D. |
| Butterbach | Dan R. | M.D. |
| Cady | Stephen D. | M.D. |
| Callahan | Tonya N. | M.D. |
| Calonje | Ronaldo A. | M.D. |
| Camodeca | Patrick | D.O. |
| Campbell | Jerilynn F. | M.D. |
| Campbell | Richard | M.D. |
| Cannonie | Michael | D.O. |
| Capulong | Rhodessa B. | M.D. |
| Carson | Desmond E. | M.D. |
| Carstens | Steven J. | D.O. |
| Castellanos | Edgar H. | M.D. |
| Castro | Aaron | M.D. |
| Cecchini | Phillip N. | M.D. |
| Celis | Alison | D.O. |
| Chan | Eugene T. | M.D. |
| Chan | Jeff H. | M.D. |
| Chan | Carmie | M.D. |
| Chan | Sripha | M.D. |
| Chandra | Ritik | M.D. |
| Chandwani | Deepak N. | M.D. |
| Chang | David S. | M.D. |
| Chan-McNabb | Therese E. | M.D. |
| Chau | Louis T. | M.D. |
| Chavez | Patricio M. | M.D. |
| Chavinson | Drew S. | M.D. |
| Chawla | Hina | M.D. |

4.

| LAST NAME | FIRST NAME | |
|---|---|---|
| Chen | David C. | M.D. |
| Cheng | Christopher H. | M.D. |
| Chen-Luftig | Lucia Y. | M.D. |
| Chiang | Joseph C. | M.D. |
| Chiles | John S. | M.D. |
| Chin | Michael P. | M.D. |
| Chin | Stephen D. | M.D. |
| Chiu | Elaine J. | M.D. |
| Chiu | Joel M. | M.D. |
| Chiu Liang | Erica T. | M.D. |
| Cho | Leslie D. | M.D. |
| Cho | Thomas W. | M.D. |
| Chong | Andrew K. | M.D. |
| Chong | Randall S. | M.D. |
| Chou | Jeremy | M.D. |
| Chow | Tony K. | M.D. |
| Chow | Bryan J. | M.D. |
| Christensen | Paul E. | M.D. |
| Chua | Samnuel C. | M.D. |
| Chuang | Ian T. | M.D. |
| Chun | Susie | M.D. |
| Cibelli, Jr. | Ludwig J. | M.D. |
| Cipoletti | Samuel J. | M.D. |
| Clark | Cynthia B. | M.D. |
| Clark | Trence | M.D. |
| Clemons | Charles T. | M.D. |
| Cohen | Jordan Y. | M.D. |
| Cohn | Arthur C. | M.D. |
| Coleman | Deborah | M.D. |
| Congress | Miles R. | M.D. |
| Conrad | Heather | M.D. |
| Cook | Laura A. | M.D. |
| Crabtree | Brent L. | M.D. |
| Crary | Ross D. | M.D. |
| Cromwell | Holly | M.D. |
| Crosley | Pascal G. | D.O. |
| Culhane | Daniel E. | M.D. |
| Cummings | Bruce W. | D.O. |
| Curry | Wesley A. | M.D. |
| Dabby | Sharon N. | M.D. |
| Dabney | William B. | M.D. |
| Dale | Kenneth M. | D.O. |
| Dallafior | David E. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

| LAST NAME | FIRST NAME | |
|---|---|---|
| Daly | Kevin P. | M.D. |
| Danishwar | Jamila | M.D. |
| Dao | Viet | M.D. |
| Dapar | Rhys V. | M.D. |
| Davenport | Erik C. | M.D. |
| Davies | Jeffery W. | D.O. |
| Davila | Alex A. | M.D. |
| Davis | Randel C. | D.O. |
| Davis | Jeffrey M. | M.D. |
| Dawkins | Rogelio S. | M.D. |
| Dawson | Laurie A. | M.D. |
| Dawson | Lauren A. | M.D. |
| de Haas | David D. | M.D. |
| De Shields | Scott | M.D. |
| Deacon | John M. | M.D. |
| Dean | Kevin L. | M.D. |
| Dean | Troy | M.D. |
| Decock | James P. | M.D. |
| Dell' Aglio | Damon | M.D. |
| DeMott | Megan | M.D. |
| Dempsey | David H. | M.D. |
| Deng | Charles | M.D. |
| Dennis | Douglas E. | M.D. |
| Denny | Matthew R. | M.D. |
| Dethlefs | Judith L. | M.D. |
| Deutsch | Madeline B. | M.D. |
| Devinney | Craig R. | M.D. |
| Dhawan | Ankur A. | D.O. |
| Diaz | Jaime A. | M.D. |
| Dietz | Jeffrey W. | M.D. |
| Djavaherian | Caesar R. | M.D. |
| Do | Dzung C. | M.D. |
| Do | Tin M. | M.D. |
| Donnelly | Matthew L. | M.D. |
| Donovan | Robert A. | M.D. |
| Dorosh | Richard W. | M.D. |
| Drabinsky | Allan P. | M.D. |
| Drazek | Timothy J. | M.D. |
| Duffy | David S. | M.D. |
| Dunlavey | Dana C. | M.D. |
| Dunn | Roberta J. | M.D. |
| Dunphy | Stephen A. | M.D. |
| Dupre | Marcel W. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|-----------|-----------|---|
| Dutton | John P. | M.D. |
| Duvoisin | Robert M. | D.O. |
| Ebirim | Reginald A. | M.D. |
| Ebrahim | Ali M. | M.D. |
| Eckstein | Marc K. | M.D. |
| Edelson | Neal J. | M.D. |
| Egsieker | Erik L. | M.D. |
| Eisner | David B. | M.D. |
| Elgin | Thomas M. | M.D. |
| Eller | Mark A. | M.D. |
| Elliott | John W. | M.D. |
| Elpedes | Bernard T. | D.O. |
| El-Tobgy | Eric K. | M.D. |
| Emond, Jr. | Charles G. | D.O. |
| Engelhardt | Jonathan T. | M.D. |
| Engevik | Russell W. | M.D. |
| Englander | David M. | M.D. |
| Engstrom | Shari C. | M.D. |
| Erney | Trent P. | M.D. |
| Escoto | Michael J. | D.O. |
| Everett | John E. | D.O. |
| Fahimi | Jahan | M.D. |
| Faine | Paul | M.D. |
| Falck | Darilyn C. | M.D. |
| Falcocchia | Maria A. | M.D. |
| Farrales | Roel D. | M.D. |
| Feeney | Karen L. | M.D. |
| Feldman | David P. | M.D. |
| Feldmann | Sarah C. | D.O. |
| Fenderson | Keith A. | M.D. |
| Ferguson | Ian G. | D.O. |
| Fields | William W. | M.D. |
| Fink | Diana F. | M.D. |
| Finnegan | Mary | M.D. |
| Fiore | Joseph P. | M.D. |
| Fisher | Marlon | M.D. |
| Fisher | Jason M. | M.D. |
| Fisher | Robert M. | M.D. |
| Fitzgerald | Robert T. | M.D. |
| Fitzgibbons | Leslie J. | M.D. |
| Fitzsimons | Mary A. | M.D. |
| Fleming | Carolyn M. | M.D. |
| Fletcher | Taylor G. | M.D. |

| LAST NAME | FIRST NAME | |
|---|---|---|
| Flores | Ronald R. | M.D. |
| Ford | Apiwat | D.O. |
| Foreman | Larry W. | D.O. |
| Fortenberry | Dewitt C. | M.D. |
| Foster | Laura M. | M.D. |
| Foster | James D. | M.D. |
| Fouche | Kim V. | M.D. |
| Foulke | Douglas J. | M.D. |
| Fowler | Thomas M. | M.D. |
| Fox | Dan E. | M.D. |
| Fox | Michael D. | M.D. |
| Fox | Wade C. | D.O. |
| Frankenberg | Lyndsay W. | D.O. |
| Fraters | Michael G. | D.O. |
| Fredericks | John C. | M.D. |
| Freitas | Paul M. | M.D. |
| Friedberg | Bruce H. | M.D. |
| Friedman | Howard I. | M.D. |
| Gaddis | Gail | M.D. |
| Gallegos | Emmanuel | M.D. |
| Garcia | Richard L. | M.D. |
| Garner | Jennifer S. | M.D. |
| Garrett | Francis B. | M.D. |
| Gash-Kim | Tami L. | M.D. |
| Gechlik | Gary A. | M.D. |
| George | Antony V. | M.D. |
| Gerstner | Tami S. | M.D. |
| Gettler | Lawrence H. | M.D. |
| Giesen | James | D.O. |
| Gill | Michelle R. | M.D. |
| Gill | John C. | M.D. |
| Gilley-Avramis | Joslin M. | M.D. |
| Ginejko | Joseph J. | D.O. |
| Gin-Shaw | Susan L. | M.D. |
| Ginther | Bret E. | M.D. |
| Girard | Robyn H. | M.D. |
| Givner | Andrew | M.D. |
| Gladman | Alan H. | M.D. |
| Gladman | Aaron C. | M.D. |
| Goklaney | Anil | M.D. |
| Goldberg | James N. | M.D. |
| Goldschmid | David | M.D. |
| Gonzalez | Jaime E. | M.D. |

8.

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Goodell | Kenneth | D.O. |
| Goodman | Suzan R. | M.D. |
| Gordon | Brian L. | M.D. |
| Goud | Chetan | M.D. |
| Grabiel | Federico A. | M.D. |
| Grad | Michele A. | M.D. |
| Graff | Jeremy E. | M.D. |
| Grausz | Bradley I. | D.O. |
| Graves | Howard | M.D. |
| Gray | Thomas L. | M.D. |
| Grayzar | Jennifer A. | M.D. |
| Green | Sinikka L. | M.D. |
| Greenbaum | Gregory A. | M.D. |
| Greenberg | Eric A. | M.D. |
| Greenberg | Greg | M.D. |
| Greenstein | Jay A. | M.D. |
| Gregory | Carrie A. | M.D. |
| Griffith | Richard D. | M.D. |
| Griffith III | Jack | D.O. |
| Grigsby | Emily W. | M.D. |
| Grin | Radmila | M.D. |
| Groom | Kyle W. | D.O. |
| Grunstein | Itamar | M.D. |
| Guldner | Gregory T. | M.D. |
| Gustin | Barry E. | M.D. |
| Guth | Richard H. | M.D. |
| Haas | R. G. | D.O. |
| Habibe | Alex O. | M.D. |
| Hackett | Tiffany S. | M.D. |
| Hafkenschiel | Benjamin T. | M.D. |
| Haga | Jeffrey | D.O. |
| Haga | Michael D. | M.D. |
| Hamilton | Robert C. | M.D. |
| Hamilton | Julie H. | M.D. |
| Hamilton | Robert S. | M.D. |
| Hammel | Jeremy B. | M.D. |
| Hand | Patrick P. | M.D. |
| Hannaman | Alexander M. | M.D. |
| Hansen | Allan | M.D. |
| Harper | Don S. | M.D. |
| Harrington | Eric | D.O. |
| Harris | Vernetta L. | M.D. |
| Harris | John J. | M.D. |

| LAST NAME | FIRST NAME | |
|---|---|---|
| Harris | Travis | M.D. |
| Hartt | Gregory T. | M.D. |
| Hausman | Richard P. | D.O. |
| Hawkyns | Stephen F. | M.D. |
| Hayatdavoudi | Sawsawn | M.D. |
| Haycock | Korbin H. | M.D. |
| Hayden | Jonathan M. | M.D. |
| Hayes | Kristen | M.D. |
| Haynes | Anita L. | M.D. |
| Hecht | Claus C. | M.D. |
| Hegewald | Kevin G. | M.D. |
| Helvey | William | M.D. |
| Henderson | Curtis W. | D.O. |
| Henry | Shelise M. | M.D. |
| Henson | Travis W. | M.D. |
| Herbert | Ayana N. | M.D. |
| Heropoulos | Angelo N. | M.D. |
| Herrera | Christian A. | M.D. |
| Hersk | Julie A. | M.D. |
| Hipskind | John E. | M.D. |
| Hitchcock | Dawn C. | M.D. |
| Hitzfield | Ronald J. | M.D. |
| Hodgson | Laurel A. | M.D. |
| Hoffman | Mark D. | M.D. |
| Holt | Shannon C. | M.D. |
| Hornstein | Jonathan B. | M.D. |
| Houck | Evan A. | D.O. |
| How | John | M.D. |
| Hsieh | George D. | M.D. |
| Hsu | Carol L. | M.D. |
| Hsu | Carl K. | M.D. |
| Hu | Eugene W. | M.D. |
| Huang | Shao-I | D.O. |
| Huang | Enoch T. | M.D. |
| Hubbell | Gail | M.D. |
| Hull | Peter V. | M.D. |
| Hunter | Alice D. | M.D. |
| Hunter | David L. | M.D. |
| Hurst | Philip K. | M.D. |
| Hurt | Catherine M. | M.D. |
| Hutton | Kevin C. | M.D. |
| Huynh | Lang Q. | M.D. |
| Huynh | Alec T. | M.D. |

10.

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Huynh | Vu | D.O. |
| Ibanez | Julius A. | M.D. |
| Ikuta | Pamela K. | D.O. |
| Inglizian | George B. | M.D. |
| Insua | Juan A. | M.D. |
| Jackson | Helen M. | M.D. |
| Jackson | Douglas A. | M.D. |
| Jackson | Jennifer | M.D. |
| Jacobsen | Eric J. | M.D. |
| Jacobsen | Brent E. | D.O. |
| Jacobsen | Erik I. | M.D. |
| Jacobson | Jerry I. | M.D. |
| Jain | Shamik K. | M.D. |
| Jamal | Asad | M.D. |
| Jamehdor | Ali | D.O. |
| James | Tiencia D. | M.D. |
| James | Sidney L. | D.O. |
| Jannelli | Chris A. | M.D. |
| Janssen | Matthew U. | M.D. |
| Jasumback | Michael A. | M.D. |
| Jean-Baptiste | Judith | M.D. |
| Jenkinson | Amy E. | M.D. |
| Jimenez | Daniel D. | D.O. |
| Joe | Douglas H. | M.D. |
| Johnson | Kendrick M. | M.D. |
| Johnson | Malcolm C. | M.D. |
| Johnson | Suzanne E. | D.O. |
| Johnson | Leif A. | M.D. |
| Johnson | Karen S. | M.D. |
| Johnson | Mary E. | M.D. |
| Johnson | Sara A. | M.D. |
| Johnston | Jon J. | D.O. |
| Johnston | Bradford D. | M.D. |
| Jones | John S. | M.D. |
| Jones | Michael T. | M.D. |
| Jones | Matthew | M.D. |
| Kahn | Patricia | D.O. |
| Kahwaji | Chadi I. | M.D. |
| Kaliappan | Robert S. | M.D. |
| Kalimullah | Zebaa | M.D. |
| Kalira | Dimpi | M.D. |
| Kammerer | William F. | M.D. |
| Kanev | Helen | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

| LAST NAME | FIRST NAME | |
|---|---|---|
| Kang | Yong | M.D. |
| Kao | Yi-Ling | M.D. |
| Kaplan | Julius A. | M.D. |
| Kaplove | Charles L. | M.D. |
| Karaelias | Lucas D. | M.D. |
| Karam | Anthony B. | D.O. |
| Karriem-Norwood | Varnada A. | M.D. |
| Kasalajtis | Brian P. | M.D. |
| Kasarjian | Julie K. | M.D. |
| Kasto | Ashraf S. | D.O. |
| Katris | Frances | M.D. |
| Kazato | Ernest W. | M.D. |
| Keegstra | Beth R. | M.D. |
| Kell | William P. | M.D. |
| Kenley | Eric S. | M.D. |
| Kerr | Douglas P. | M.D. |
| Kessinger | Todd A. | M.D. |
| Kessler | Michael | M.D. |
| Khan | Sofia A. | M.D. |
| Khan | Muhammad J. | M.D. |
| Khazaeni | Babak | M.D. |
| Khoury | Bill J. | M.D. |
| Khushigian | Jacob M. | M.D. |
| Kijner | Daniel M. | M.D. |
| Kikuchi | Kerry L. | M.D. |
| Kim | James S. | M.D. |
| Kim | Steven S. | M.D. |
| Kimura | Yusuke F. | M.D. |
| Kingston | Robert W. | M.D. |
| Kirschner | Heather S. | D.O. |
| Kirschner | Michael N. | D.O. |
| Klapman | Gary | M.D. |
| Klofas | Edward S. | M.D. |
| Kloth | Theodore I. | M.D. |
| Klovee-Smith | Eli | M.D. |
| Knauf | Vincent H. | M.D. |
| Knox | Dale G. | M.D. |
| Ko | T. C. | M.D. |
| Kohli Maurer | Neelu | M.D. |
| Kollen | Robert S. | M.D. |
| Kossut | Barbara | M.D. |
| Kostich | Zeljka H. | M.D. |

| LAST NAME | FIRST NAME | |
|-----------|------------|------|
| Kostinsky | Natalie | M.D. |
| Koury | Theophile G. | M.D. |
| Kovacik | R. D. | M.D. |
| Kwan | Elizabeth | M.D. |
| Kwong | Eugene L. | M.D. |
| Lacy | Erik R. | M.D. |
| Lalli | John G. | M.D. |
| Lam | Eduardo D. | M.D. |
| Lam | Alexander M. | M.D. |
| Lanciloti | John J. | M.D. |
| Lane | James B. | M.D. |
| Lares | Eduardo | M.D. |
| Larsen | Steven R. | M.D. |
| Larson | James (Mac) M. | M.D. |
| Larson | Todd A. | M.D. |
| Lassiter | Richard G. | M.D. |
| Lauck | Thomas | M.D. |
| Lava | James S. | M.D. |
| Lawrence | Marc H. | M.D. |
| Lawson | Robert F. | M.D. |
| Le | Jacqueline K. | M.D. |
| Le | Pha C. | D.O. |
| Lee | Garrett | M.D. |
| Lee | John B. | M.D. |
| Lee | Alexander S. | M.D. |
| Lee | Edward D. | M.D. |
| Lee | David M. | M.D. |
| Lee | Young S. | M.D. |
| Lee | Carol H. | M.D. |
| Lee | James H. | M.D. |
| Lee | Serena K. | M.D. |
| Lee | Eric C. | M.D. |
| Lee | James | D.O. |
| Lee | Lionel H. | D.O. |
| Leinen | Jeffery J. | M.D. |
| Lem | Wilson W. | M.D. |
| Leng | Ellen A. | M.D. |
| Leon | Irais | M.D. |
| Leonard | John A. | M.D. |
| Leoni | Michael K. | M.D. |
| Leung | Megan L. | M.D. |
| Levine | Victor D. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Levinson | Stephen R. | M.D. |
| Levsky | Marc | M.D. |
| Lewis | Harriette E. | M.D. |
| Lewis | Chad S. | M.D. |
| Li | Gary A. | M.D. |
| Libke | Daniel G. | M.D. |
| Liboon | John | M.D. |
| Lim | Jocelyn G. | D.O. |
| Lin | Haichi S. | M.D. |
| Lin | Hartwell N. | M.D. |
| Liong | Shin Y. | M.D. |
| Lipton | Edward H. | M.D. |
| Loewen | John W. | M.D. |
| London | Damon N. | M.D. |
| London | Keri L. | M.D. |
| Lonergan | Seamus D. | M.D. |
| Long | Corey M. | M.D. |
| Look | Rodney B. | M.D. |
| Lopata | Scott D. | M.D. |
| Lopez | Hector J. | M.D. |
| Lopez | Raul | M.D. |
| Loring | Keith E. | M.D. |
| Louis | Elham | D.O. |
| Louisell | Christopher H. | M.D. |
| Lowe | Michael A. | M.D. |
| Loya | David | M.D. |
| Lu | Le N. | M.D. |
| Lucero | David M. | M.D. |
| Lukaszczyk | Thomas A. | M.D. |
| Lux | Pamela R. | D.O. |
| Ly | Cong T. | D.O. |
| Lynch | Melissa J. | M.D. |
| Lynch | Christy | M.D. |
| Lyon | Kristopher L. | M.D. |
| Maas | Lee K. | M.D. |
| MacGregor | Gary D. | M.D. |
| Madrid | Randolf D. | M.D. |
| Madsen | Aaron | M.D. |
| Mahmoud | Guisou | M.D. |
| Main | David N. | M.D. |
| Maisel | Donald B. | M.D. |
| Mallett | Eric M. | M.D. |
| Malmud | David L. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Manchandia | Krish | M.D. |
| Maniquis | Vina Maria | M.D. |
| Mannis | Steven H. | M.D. |
| Marchak | Adam | M.D. |
| Marchand | Paul | M.D. |
| Marks | Anthony R. | M.D. |
| Marks | Ariel D. | M.D. |
| Marks | Naomi | M.D. |
| Markus | Christopher J. | D.O. |
| Martin, Jr. | Leon | M.D. |
| Martin | John A. | M.D. |
| Martin | Melanie A. | M.D. |
| Martin | Robert A. | M.D. |
| Mathen | Shaun | D.O. |
| Mathis | Philip C. | M.D. |
| Matthews | Leli G. | M.D. |
| May | Rachel | M.D. |
| Maywether | Yvonne | M.D. |
| McArthur, III | C. L. | M.D. |
| McCaffrey | G. K. | M.D. |
| McCart | Charles W. | M.D. |
| McCarty | Keith J. | M.D. |
| McClelland | Richard K. | M.D. |
| McCollum | Richard G. | M.D. |
| McCullough | Michael J. | M.D. |
| McDonnel | James K. | M.D. |
| McInerney | Patrick | M.D. |
| McIntyre | Don L. | M.D. |
| McKinney | Wallace B. | M.D. |
| McKinney | Aaron C. | M.D. |
| McLaughlin | Michael R. | M.D. |
| McLeod | Wilton A. | D.O. |
| McMahan | True L. | M.D. |
| McMillan | Monica M. | M.D. |
| McNamara | Donald A. | M.D. |
| McNaughton | Timothy G. | M.D. |
| Medina | Carlos D. | M.D. |
| Meharg | John J. | M.D. |
| Meieran | Sharon E. | M.D. |
| Meisel | Ethan M. | M.D. |
| Meisl | Helmut W. | M.D. |
| Mellick | Laura J. | M.D. |
| Menges, Jr. | Jack E. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Menis | Valentino | M.D. |
| Mennen | Martin | M.D. |
| Mercer | James | M.D. |
| Mescher | Edward J. | M.D. |
| Mesisca | Michael K. | D.O. |
| Mew | Leland G. | M.D. |
| Mihalik | Andrew T. | M.D. |
| Miller | Gregg A. | M.D. |
| Miller | Thomas O. | M.D. |
| Miller | Davi L. | M.D. |
| Mills | Christopher | M.D. |
| Mills | William M. | M.D. |
| Minahan, Jr. | Thomas F. | D.O. |
| Miranda | Erick R. | M.D. |
| Mitarai | MyPhuong N. | M.D. |
| Mjos | Nathan D. | D.O. |
| Moats | Thomas R. | M.D. |
| Moeller | Michael G. | M.D. |
| Montefusco, IV | Anthony M. | M.D. |
| Moore | Jude J. | M.D. |
| Moore | Kenneth S. | M.D. |
| Moreno | Jaime | M.D. |
| Morocco | Mark V. | M.D. |
| Morris | Craig H. | M.D. |
| Moskoff | Jordan B. | M.D. |
| Mostow | William R. | M.D. |
| Moulin | Aimee K. | M.D. |
| Mouri | Michelle | D.O. |
| Mowry | George W. | M.D. |
| Mozen | Eddie S. | M.D. |
| Mueller | Robert A. | M.D. |
| Mueller | Kurt H. | M.D. |
| Muller | Theodore J. | M.D. |
| Munden | Susan K. | M.D. |
| Murphy | Gregory L. | M.D. |
| Murrieta | Paulo J. | M.D. |
| Musielewicz | Anthony J. | M.D. |
| Muto-Isolani | Antonio D. | M.D. |
| Nadler | Renate M. | M.D. |
| Nadler | Dan | M.D. |
| Nadukhovskaya | Larisa | D.O. |
| Naftel | John C. | M.D. |
| Naidus | Richard M. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Naik | Laxmi | M.D. |
| Nakamoto | Kenneth K. | M.D. |
| Nee | Gregory T. | M.D. |
| Neeki | Michael M. | D.O. |
| Neill | Mather H. | M.D. |
| Nelkin | Ryan | M.D. |
| Nelson | Elaine E. | M.D. |
| Nelson | James A. | M.D. |
| Nesper | Timothy P. | M.D. |
| Newell | Richard G. | M.D. |
| Newman | Natalie Y. | M.D. |
| Newton | Jennifer L. | M.D. |
| Ngo | Jessica D. | M.D. |
| Nguyen | Chau H. | M.D. |
| Nguyen | Tao H. | M.D. |
| Nguyen | Tuan D. | M.D. |
| Nguyen | Phong K. | M.D. |
| Nguyen | Anh N. | M.D. |
| Nguyen | Tan K. | M.D. |
| Nguyen | Kieu L. | M.D. |
| Nguyen | David H. | M.D. |
| Nguyen | Kha N. | M.D. |
| Nguyen | Chi T. | M.D. |
| Nicholes | Andrew | D.O. |
| Nickson | Kenneth L. | M.D. |
| Nimlos | Robert K. | M.D. |
| Noone | Patrick B. | M.D. |
| Notash | Mark A. | M.D. |
| Nouri | Cameron | M.D. |
| Nowlis | Matthew A. | M.D. |
| Noyes | Edward M. | M.D. |
| Nunley | David L. | M.D. |
| Ocansey | Martha A. | M.D. |
| Ochoa | Humberto R. | M.D. |
| O'Connell | Tara | M.D. |
| Ogle | Martin E. | M.D. |
| Okasinski | Robert E. | M.D. |
| Oldham | George R. | M.D. |
| Oretsky | Martin I. | M.D. |
| Ornelas | Francisco | M.D. |
| Orrillo Blas | Elvia E. | M.D. |
| Orvik | Jeremy | M.D. |
| Ory | Eric T. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

| LAST NAME | FIRST NAME | |
|---|---|---|
| Osborne | John E. | M.D. |
| Oshima | Sachie | M.D. |
| Oshita | Takashi | M.D. |
| Otani | Eric M. | M.D. |
| Ouligian | Gregory P. | M.D. |
| Pableo | Geoffrey B. | M.D. |
| Pamintuan | Nyda C. | M.D. |
| Pangallo | Frank | M.D. |
| Pangborn | Timothy R. | M.D. |
| Pao | Bing S. | M.D. |
| Parker | Karen A. | M.D. |
| Patel | Raj J. | M.D. |
| Patel | Shalin H. | M.D. |
| Patel | Hites T. | M.D. |
| Patel | Rakesh | M.D. |
| Patel | Nilesh | D.O. |
| Patel | Parul | M.D. |
| Patil | Avinash S. | M.D. |
| Patterson | Stephen C. | M.D. |
| Pazevic | Jon-Pierre | D.O. |
| Pearl | Rachel C. | M.D. |
| Pease | Abigail R. | M.D. |
| Peeters | Thomas J. | M.D. |
| Pennington | Troy W. | D.O. |
| Perlroth | Chi L. | M.D. |
| Petersen | Ryan J. | M.D. |
| Pham | Larry T. | M.D. |
| Phelps | Molly A. | M.D. |
| Piccinini | Phillip M. | M.D. |
| Piibe | Remy A. | M.D. |
| Pike | Karen L. | M.D. |
| Pillar | Edward A. | D.O. |
| Pillsbury | Matthew S. | M.D. |
| Pintelon | Lyn M. | D.O. |
| Plass | Robert R. | M.D. |
| Poindexter | JhonJay T. | M.D. |
| Pok-Todd | Soriya V. | M.D. |
| Pollak | Richard G. | M.D. |
| Popky | Leonard M. | M.D. |
| Porzio | Robert M. | D.O. |
| Poteet | Charles L. | M.D. |
| Pousson | Gregory K. | M.D. |
| Preci | Richard L. | D.O. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Prine | Arthur G. | M.D. |
| Pulido | Alejandro | M.D. |
| Quan | Dany K. | D.O. |
| Queen | Heidi F. | M.D. |
| Quintero | Mario R. | M.D. |
| Quion | Daniel L. | M.D. |
| Quon | Wing C. | M.D. |
| Rabey | Kevin E. | M.D. |
| Rampulla | John E. | M.D. |
| Ranch | Kitcha | M.D. |
| Rank | Christian | M.D. |
| Rasler | Frank E. | M.D. |
| Rawlings | Luke M. | M.D. |
| Realmuto | Robert P. | M.D. |
| Rechtschaffen | Hanne | D.O. |
| Reddy | Naveen C. | M.D. |
| Regev | Ran | M.D. |
| Reid | Richard R. | M.D. |
| Reschke | Kathy D. | M.D. |
| Revuluri | Shyamala K. | M.D. |
| Reyes | Virgil | M.D. |
| Reynolds | Mark | M.D. |
| Reynoso, Jr. | Juan | M.D. |
| Rhee | James | M.D. |
| Rhee | Brian S. | M.D. |
| Richling | Robert B. | M.D. |
| Rickman | David | M.D. |
| Ripley | Robert G. | M.D. |
| Rivas | Jaime B. | M.D. |
| Robinson | Kenneth L. | M.D. |
| Rodigin | Anthony | M.D. |
| Rodrigues | Bernice M. | M.D. |
| Rodriguez | Russell G. | M.D. |
| Rodriguez | Miguel | M.D. |
| Romeiser | Ryan M. | M.D. |
| Rosenberg | Michael S. | M.D. |
| Rosenbloom | Robert C. | M.D. |
| Rosengreen | Martin A. | M.D. |
| Rosonke | Steven L. | M.D. |
| Rosonke | Diane K. | M.D. |
| Ross | Charles R. | M.D. |
| Rothschild | Julie A. | M.D. |
| Royer | Robert P. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Ruben | Jason B. | M.D. |
| Sabry | Hala H. | D.O. |
| Sacapano | Manuel R. | M.D. |
| Sachdev | Punam | M.D. |
| Sadoun | Tania | M.D. |
| Saklecha | Akhil | M.D. |
| Salcedo | Gerardo A. | M.D. |
| Saldinger | Todd M. | M.D. |
| Saldivar | Anthony T. | M.D. |
| Salinas | Conrad | M.D. |
| Samaniego | Armando G. | M.D. |
| Sandoval | William | M.D. |
| Santayana, Jr. | Ricardo | M.D. |
| Savay | Edwin H. | M.D. |
| Savitt | Maria | M.D. |
| Schatz | Ivan B. | M.D. |
| Schechter | Roger B. | M.D. |
| Schifrin | Benjamin D. | M.D. |
| Schlatter | Frances C. | M.D. |
| Schmitt | Eric R. | M.D. |
| Schuller | Elden M. | M.D. |
| Schultz | Matthew R. | M.D. |
| Schutz | Thomas E. | M.D. |
| Schwartz | Michael D. | M.D. |
| Schwartz Winnig | Deborah L. | M.D. |
| Searce | Katherine L. | D.O. |
| Sears | Mark | M.D. |
| Seftchick | Michael | M.D. |
| Segnitz | Karl J. | M.D. |
| Selvidge | Ruth L. | M.D. |
| Sequeira | Michael A. | M.D. |
| Sereda | William M. | M.D. |
| Shah | Mona K. | M.D. |
| Sharieff | Ghazala Q. | M.D. |
| Shaw | Tania M. | M.D. |
| Shellans, Jr. | Stephen | M.D. |
| Sheridan | Josh M. | M.D. |
| Shieh | James C. | M.D. |
| Shields | Thomas | M.D. |
| Shikora | Stuart B. | M.D. |
| Shimmin | Sara | M.D. |
| Shimokusu | Kelly H. | M.D. |
| Shin | Hyonah | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Shipley | Patricia | M.D. |
| Shook | Victoria L. | M.D. |
| Shubert | Greggory S. | M.D. |
| Shuleshko | Julia | D.O. |
| Siedenburg | Eric | M.D. |
| Silver | Gail | M.D. |
| Simcoe | Paul A. | M.D. |
| Sims | Jessica E. | M.D. |
| Sims | Michael T. | M.D. |
| Simsarian | Gregory G. | M.D. |
| Sin | Arnold Y. | M.D. |
| Singh | Malini K. | M.D. |
| Singh | Kulwinder J. | M.D. |
| Singh | Kashmir | M.D. |
| Slaughter | Clinton A. | M.D. |
| Slomoff | Mark A. | M.D. |
| Smith | David A. | M.D. |
| Smith | Andres | M.D. |
| Smith | Dustin D. | M.D. |
| Smith | Vernell A. | M.D. |
| Smith | David M. | M.D. |
| Smith | David S. | M.D. |
| Smith | Jimson | M.D. |
| Smithson | James P. | M.D. |
| Snyder | Elliot L. | M.D. |
| Snyder | Dorian D. | M.D. |
| Snyder | Donald L. | M.D. |
| Soldavini | Linda | M.D. |
| Solis | Michael T. | M.D. |
| Sollars | Gary M. | M.D. |
| Soloniuk-Tays | Gaylene J. | M.D. |
| SooHoo | David F. | M.D. |
| Soper | Rachelle S. | M.D. |
| Soria | Arturo R. | M.D. |
| Soroudi | Arash | M.D. |
| Soyke | Jennifer M. | M.D. |
| Spade | Timothy E. | M.D. |
| Spain | Alan J. | M.D. |
| Spaulding | John E. | M.D. |
| Spence | Shanna H. | M.D. |
| Spencer | Robert G. | M.D. |
| Spiro | Mark J. | M.D. |
| Spitzer | Carl R. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

| LAST NAME | FIRST NAME | |
|---|---|---|
| Squire | Benjamin T. | M.D. |
| Stagg | Sara E. | M.D. |
| Stalker | Dwight B. | M.D. |
| Stangeland | Ray G. | M.D. |
| Stawski | Phillip A. | M.D. |
| Steele | Robert | M.D. |
| Steele | Helen L. | M.D. |
| Steffenson | Sandra L. | M.D. |
| Stempler | Dennis S. | M.D. |
| Stepanek | Dennis | M.D. |
| Sternbach | George L. | M.D. |
| Stettner | Joel A. | M.D. |
| Stiles | Adam | M.D. |
| Stilson | Matthew K. | M.D. |
| Stilson, Jr. | Carl B. | M.D. |
| Stilson | Shirley A. | M.D. |
| Stone | Sean M. | M.D. |
| Stouder | Michael D. | M.D. |
| Stuart | Pamela J. | M.D. |
| Sturm | Nichole K. | M.D. |
| Subramani | Ramesh | M.D. |
| Sugarman | Thomas J. | M.D. |
| Sun | Joanne Y. | M.D. |
| Sun | Chien | M.D. |
| Sun | Steve M. | M.D. |
| Sung | Jeff D. | M.D. |
| Susim | Socrates | M.D. |
| Swaninger | Krista A. | M.D. |
| Sweeney | Rita A. | M.D. |
| Swenson | Jeffrey W. | M.D. |
| Sy | Rolando D. | M.D. |
| Tabo | Romulo B. | M.D. |
| Taggart | James R. | M.D. |
| Taher | Heather F. | M.D. |
| Tai | Elizabeth I. | M.D. |
| Takaki | Kenneth | D.O. |
| Tam | Yong-Yong | M.D. |
| Tamayo-Sarver | Joshua H. | M.D. |
| Tao | Kevin K. | M.D. |
| Taub | Marc D. | M.D. |
| Tavakol | Mohammad | M.D. |
| Taylor, Jr. | Rondalph S. | M.D. |
| Taylor | Gregory M. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|---|---|---|
| Teitge | Stefan R. | M.D. |
| Teske | Milton R. | M.D. |
| Thistle, Jr. | Richard E. | M.D. |
| Thoelecke | Heather | M.D. |
| Thomas | Mark E. | D.O. |
| Thomas | Michelle A. | M.D. |
| Thomas | Seth C. | M.D. |
| Thompson | Kevin | M.D. |
| Thorngren | Bethanie E. | M.D. |
| Thothathri | Vijaya | M.D. |
| Tighe | Thomas V. | D.O. |
| Tito | David D. | M.D. |
| Toler | Douglas R. | M.D. |
| Tom | Prentice A. | M.D. |
| Tom | Michelle L. | M.D. |
| Tomlinson | Imamu O. | M.D. |
| Tong | Tri C. | M.D. |
| Tonnemacher | Kent D. | M.D. |
| Torres | Vincent | M.D. |
| Tosiou | Mary M. | M.D. |
| Tracy | Lori Ann | M.D. |
| Tran | Khanh P. | M.D. |
| Tran | Louis P. | M.D. |
| Tripp | Matthew L. | M.D. |
| Truong | Tiffany N. | M.D. |
| Tsai | Jeffrey | M.D. |
| Tsai | Virginia W. | M.D. |
| Tsai | Benjamin | M.D. |
| Tsao | Jonathan C. | D.O. |
| Tsukamaki | Jason | M.D. |
| Tubbs | Kevin D. | D.O. |
| Turkel, Jr. | Henry W. | M.D. |
| Turner | Richard K. | M.D. |
| Tyson | Brian M. | M.D. |
| Tzao | Tzu-Jen | M.D. |
| Uhl | John A. | M.D. |
| Ujkic | Pierre | D.O. |
| Um | Patrick | M.D. |
| Umemoto | Thomas S. | M.D. |
| Underwood | Matthew B. | M.D. |
| Ungar | James R. | M.D. |
| Vaezazizi | Reza | M.D. |
| Van Roekel | Stephen | D.O. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

| LAST NAME | FIRST NAME | |
|---|---|---|
| Victor | Barbara B. | M.D. |
| Vigil | Valerie A. | M.D. |
| Viravec | Diana W. | M.D. |
| Voth | Marcus T. | M.D. |
| Vuksinich | Matthew J. | M.D. |
| Wadley | Calvin | M.D. |
| Waechter | Anthony F. | M.D. |
| Wagner | David K. | M.D. |
| Wagner | Justin B. | M.D. |
| Wallin | Thomas R. | M.D. |
| Walls | Craig A. | M.D. |
| Wang | Scott A. | M.D. |
| Wang | Tina C. | M.D. |
| Wang | Clifford T. | M.D. |
| Wang | Michelle L. | D.O. |
| Wargo | Edward R. | M.D. |
| Washington | Dwayne | M.D. |
| Waskiewicz | Thomas J. | M.D. |
| Waters | Michael P. | M.D. |
| Watson | Nathan T. | M.D. |
| Weber | Patrick l. | M.D. |
| Webster | William M. | M.D. |
| Weeker | Ellis | M.D. |
| Weingrow | Daniel M. | D.O. |
| Weintz | Eric C. | M.D. |
| Weitzman | Jeffrey D. | M.D. |
| Wells | Jesse A. | M.D. |
| Wentzien | Erin M. | M.D. |
| Wesely | Stephen A. | M.D. |
| Westcott | Kelli J. | M.D. |
| Whittington | Joe | M.D. |
| Wiesner | Christopher T. | M.D. |
| Wiley | Keith B. | M.D. |
| Williams | John G. | M.D. |
| Williams | Joanne | M.D. |
| Wilson | James R. | M.D. |
| Wilson | Jack M. | M.D. |
| Wilson | Julia A. | M.D. |
| Windemuth | Ryan S. | M.D. |
| Winett | Emily | M.D. |
| Wirth | Damon S. | M.D. |
| Wittler | Micah | D.O. |
| Witucki | Peter J. | M.D. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1

| LAST NAME | FIRST NAME | |
|-----------|-----------|---|
| Wolf, IV | Harry C. | M.D. |
| Wolfe | Michael B. | M.D. |
| Wong | Hubert E. | M.D. |
| Wong | Kelvin L. | M.D. |
| Woodhouse | Ernest S. | M.D. |
| Woodmansee | Susan | M.D. |
| Wu | Victor H. | M.D. |
| Wu | Lisa | M.D. |
| Wu | John C. | M.D. |
| Wulfert | Elizabeth A. | M.D. |
| Yarnell | Bayliss B. | M.D. |
| Yee | John L. | M.D. |
| Yip | Virginia W. | M.D. |
| Yost | Jason A. | M.D. |
| Young | Robert C. | M.D. |
| Young | Janet H. | M.D. |
| Young | Paul R. | M.D. |
| Young | Timothy P. | M.D. |
| Young | Matthew S. | M.D. |
| Yuan | Tony H. | M.D. |
| Yuen | Ho-Wang | M.D. |
| Zahn | Steven M. | M.D. |
| Zaragoza | Rodolfo H. | M.D. |
| Zecherle | John J. | M.D. |
| Zhu | Glory | M.D. |
| Zieger | Carsten | D.O. |
| Zigman | Aviva J. | M.D. |
| Zittel | Scott R. | D.O. |
| Zlidenny | Alexander M. | M.D. |
| Zuabi | Shawki | M.D. |

Dated: May 12, 2010           FITZGERALD ABBOTT & BEARDSLEY LLP

By _____/s/ Sarah E. Robertson_____
Sarah E. Robertson
Attorneys for Defendant
CALIFORNIA EMERGENCY PHYSICIANS
MEDICAL GROUP, MARK ALDERDICE and
ROBERT BUSCHO

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. C10-00437 JSW

5/12/10 (25615) #360309.1