United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    DONALD GOLDEN, M.D.,
10              Plaintiff,                      No. C 10-00437 JSW
11       v.
12   CALIFORNIA EMERGENCY PHYSICIANS          **ORDER OF REFERRAL**
     MEDICAL GROUP, MEDAMERICA, MARK
13   ALDERDICE, ROBERT BUSCHO, and
     DOES 1-100, inclusive.
14
                Defendants.
15   _____/
16
17        Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a
18   Magistrate Judge Ryu for the purposes of a settlement conference, to be completed, if possible,
19   by no later than March 18, 2011.
         **IT IS SO ORDERED.**
20
21
22   Dated:  February 4, 2011                   _____
                                                JEFFREY S. WHITE
23                                              UNITED STATES DISTRICT JUDGE
24
25   cc: Susan Imbriani
26
27
28