Mitchell J. Green  (SBN 127718)
CURTIS & GREEN, LLP
1101 Fifth Ave, Suite 310
San Rafael, CA 94901
Tel: 415.456.4600 / Fax: 415.455.0270
Email: mgreen@curtisgreenlaw.com

Attorney for Donald Golden, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP; MEDAMERICA; MARK ALDERDICE; ROBERT BUSCHO; AND DOES 1 THROUGH 100, AND EACH OF THEM, INCLUSIVE, <br><br> Defendants. | No. C-10-00437 JSW <br><br> **REQUEST TO BE RELIEVED AS COUNSEL FOR PLAINTIFF (Local Rule 11-5); DECLARATION OF MITCHELL J. GREEN IS SUPPORT THEREOF** |

1. Mitchell J. Green, attorney for plaintiff Donald Golden, M.D., requests that he be relieved as counsel for plaintiff for good cause. This request is based on the grounds that Golden has instructed Green to repudiate the settlement agreement entered into on the record before Magistrate Judge Ryu and while Green was representing Golden.  This instruction creates a conflict of interest and further makes it "unreasonably difficult for the attorney to carry out the employment effectively," interfering with his ability to comply with the orders of this court. CRPC 3–700(C)(1)(d).  The instruction also reflects a communications breakdown destructive of the mutual trust and confidence needed to maintain an attorney-client relationship.

2. This Request is made pursuant to Green's obligation to preserve attorney-client confidences to the greatest extent possible. It is without prejudice to further and more detailed disclosure as may be ordered by the court or otherwise necessary.

3. Per the March 23, 2011 Civil Conference Minute Order filed by Magistrate Judge Ryu (Docket # 31), this was fully settled on March 22, 2011. Under direct questioning by Judge Ryu, Golden acknowledged and accepted the terms of the settlement agreement on the record. The material terms of the settlement were committed to the record (FTR 3:45 - 3:59).

4. On March 28, 2011, Golden contacted Judge Ryu's chambers without Green's prior knowledge or consent. Based on telephone communications from Judge Ryu's clerk, Green is informed and believes that the purpose of the communication was to attempt to renege on the settlement agreement.

5. This was the first of two attempts by Golden to communicate with Judge Ryu. The second attempt was also without Green's consent and also contrary to Green's instructions to Golden not to contact chambers.

6. Based on communications from Judge Ryu's clerk, Green is informed and believes that Golden attempted to repudiate the settlement by, in part, attributing statements to Green that were not accurate, including that Green had refused to provide him with documents relevant to the settlement and that Green had further instructed him to contact Judge Ryu.

7. At this time, Green informed Golden of his right –*and urgent need*– to obtain another attorney to challenge the settlement, and of Green's inability to represent him in attacking the settlement in light of Green's role in obtaining it in the proceedings before Judge Ryu.

8. Thereafter, in anticipation of an April 11, 2011 filing deadline for pretrial papers in conjunction with an April 25, 2011 pretrial conference, Green and counsel for defendants

1  cooperated in the preparation of a stipulation confirming the settlement and requesting a short
2  extension in pretrial conference date to allow the settlement funds to be paid and a dismissal
3  notice to be filed. A true and correct copy of this proposed stipulation, signed by defendants'
4  counsel in the expectation of going forward with the settlement, is attached hereto as Exhibit 1.  In
5  light of the settlement, Judge Ryu's March 23 notice, and the anticipation of the filing of the joint
6  stipulation, neither counsel filed the pretrial papers required for trial.

   9.  At 3:00 p.m. on April 11, 2011, Golden instructed Green that Green was not authorized
to file the stipulated notice of settlement and further expressly instructed Green not to file the
document. In light of the history of communications between Green and Golden since the
Golden's March 28, 2011 contact with Judge Ryu, this was a truly last minute instruction,
following earlier requests by Green that Golden clearly state his intent to repudiate the settlement.

   10. The foregoing conduct by Golden in attempting to repudiate a settlement agreement he
acknowledged and entered into on the record while represented by Green, creates a conflict
between Golden and Green such that Green can no longer represent Golden consistent with his
professional and ethical obligations.

   11.  The foregoing conduct by Golden interferes with Green's ability to comply with the
orders of this court and further makes it "unreasonably difficult for the attorney to carry out the
employment effectively." CRPC 3–700(C)(1)(d).  *See Pearlmutter v. Alexander* (1979) 97
Cal.App.3d Supp. 16, 20 *disapproved of by Hensel v. Cohen* (1984) 155 Cal.App.3d 563 (client
refusal to consummate an agreed-upon settlement renders representation unreasonably difficult for
attorney to act.)

   12.  This request is made after reasonable steps by Green to avoid foreseeable prejudice to
the client's rights. Such steps include having given Golden early and repeated notice of the adverse
consequence on Green's ability to continue as his attorney and having explained these matters

with the participation of a second, independent attorney, retained directly by Golden to assist him in these matters.

    13. Plaintiff's address, for all purposes relating to notice, is as follows: Donald Golden, M.D.; 907 Keeler Ave.; Berkeley, CA 94708; (562) 537-1318.

    14. Written notice of this request has been provided to counsel for defendants and to Golden.

Dated: April 11, 2011                          CURTIS & GREEN, LLP

By:_____
    Mitchell J. Green
    Attorney for Donald Golden, M.D.

### DECLARATION OF MITCHELL J. GREEN

I, Mitchell J. Green, declare:

    1. I am an attorney licensed to practice law in California. I am the attorney for plaintiff Donald Golden, M.D. in this action. I have personal knowledge of the following facts and am competent to testify as to their truth if called as a witness.

    2. The factual statements in the foregoing REQUEST TO BE RELIEVED AS COUNSEL FOR PLAINTIFF are true and correct.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on April 11, 2011 in San Rafael, California.

_____
    Mitchell J. Green

# EXHIBIT 1

EXHIBIT 1

Mitchell J. Green (SBN 127718)
CURTIS & GREEN, LLP
1101 Fifth Ave, Suite 310
San Rafael, CA 94901
Tel: 415.456.4600 / Fax: 415.455.0270
Email: mgreen@curtisgreenlaw.com
Attorney for Donald Golden, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP et al. <br><br> Defendants. | No. C-10-00437 JSW <br><br> **JOINT NOTICE OF SETTLEMENT; JOINT REQUEST TO CONTINUE APRIL 25, 2011 PRE TRIAL CONFERENCE** |

Per the March 23, 2011 Civil Conference Minute Order filed by Magistrate Judge Ryu (Docket # 31), this case has been fully settled and the material terms of the settlement agreement committed to the record (FTR 3:45 - 3:59). Accordingly, the parties request that the April 25, 2011 pre-trial conference scheduled herein being continued for 30-days to permit time for payment of the settlement funds and filing of a notice of dismissal.

CURTIS & GREEN LLP

By_____
Mitchell J. Green
Attorney for Plaintiff Donald Golden M.D.

Dated: April 11, 2011

FITZGERALD ABBOTT & BEARDSLEY LLP

By_____
Sarah E. Robertson
Attorney for Defendants California Emergency Physicians Medical Group, Mark Alderdice and Robert Buscho

Dated: April 11, 2011

JOINT NOTICE OF SETTLEMENT

PROOF OF SERVICE

I, Mitchell J. Green, hereby declare:

My business address is 1101 Fifth Ave., Suite 310, San Rafael, CA 94901 in the County of Marin. I am over the age of eighteen years and I am not a party to the foregoing action.

On April 11, 2011, I served copies of the following document(s):

> **REQUEST TO BE RELIEVED AS COUNSEL FOR PLAINTIFF (Local Rule 11-5); DECLARATION OF MITCHELL J. GREEN IS SUPPORT THEREOF**

on the parties listed below, as follows:

- ✖ (by mail) by depositing a true copy thereof in a sealed envelope with postage fully paid in the United States mail at San Rafael, California, to the address(es) shown below.
- ✖ (by electronic mail) by transmitting said document(s) to the electronic mail address listed below, which is an address from which I have previously received e mails from and to which I have previously sent e mail to the identified party

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 11, 2011 at San Rafael, California.

*/s/ Mitchell J. Green*

_____
Mitchell J. Green

Parties served:
Sarah E. Robertson
Fitzgerald Abbott & Beardsley
1221 Broadway, 21st fl.
Oakland, CA 94612
E mail: srobertson@fablaw.com

Donald Golden, M.D.
907 Keeler Ave.
Berkeley, CA 94708
E mail: fredricky@pol.net