United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., | |
| Plaintiff, | No. C 10-00437 JSW |
| v. | |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive. | **ORDER OF REFERRAL** |
| Defendants. | |

Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a Magistrate Judge Ryu for the purposes of addressing the enforcement of the settlement reached in this matter and preparing a Report and Recommendation regarding entry of judgment. The Court HEREBY VACATES the hearing on the pending motion to be relieved as counsel, filed by counsel for Plaintiff, and VACATES the pretrial and trial dates and all associated deadlines.

**IT IS SO ORDERED.**

Dated: April 12, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani