UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP,<br><br>　　　　Defendant(s).<br>_____/ | No. C-10-00437 JSW (DMR)<br><br>**ORDER RE REFERRAL REGARDING ENFORCEMENT OF SETTLEMENT** |

　　　　The Court presided over two settlement conferences in this matter that took place on March 21 and March 22, 2011. On March 22, 2011, the parties reached a settlement agreement, the terms of which were memorialized on the Court's FTR recording system. It appears that Plaintiff now wishes to repudiate the settlement agreement. *See* Docket No. 32. On April 12, 2011, District Judge Jeffrey White instructed this Court to address the enforcement of the settlement reached in this matter, and prepare a Report and Recommendation regarding entry of judgment. *See* Docket No. 33.

　　　　The parties shall file briefs no later than May 13, 2011 setting forth their positions regarding the enforceability of the settlement agreement reached in the March 22, 2011 proceeding. The briefs shall be no longer than ten pages, and must not reveal any confidential communications from the settlement conference sessions. *See* ADR Local Rule 7-5. If a party believes that a confidential settlement communication is critical to the Court's consideration of this dispute, that party must first

seek the Court's permission to reveal the confidential information by explaining the nature of the information and its importance to this matter. Such request shall be served, and filed under seal. This Order serves as a specific sealing order pursuant to Local Rule 79-5(a).

Given an apparent conflict between Plaintiff and his counsel of record, (*see* Docket No. 32), Plaintiff may wish to retain separate counsel to respond to this Order. The Court is aware that Plaintiff has consulted with separate counsel in this case. *Id.* The Court is serving a copy of this Order directly upon Plaintiff.

IT IS SO ORDERED.

Dated: April 21, 2011

DONNA M. RYU
United States Magistrate Judge