Mitchell J. Green  (SBN 127718)
CURTIS & GREEN, LLP
1101 Fifth Ave, Suite 310
San Rafael, CA 94901
Tel: 415.456.4600 / Fax: 415.455.0270
Email: mgreen@curtisgreenlaw.com

Attorney for Donald Golden, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP; et al. <br><br> Defendants. | No. C-10-00437 JSW <br><br> **STATEMENT OF PLAINTIFF'S COUNSEL OF RECORD RE COURT'S APRIL 21, 2011 ORDER RE ENFORCEMENT OF SETTLEMENT** |

Counsel of Record for plaintiff has, by prior motion which remains pending, asked to be relieved of his representation due to conflicts that have arisen between him and plaintiff.  Further, because of counsel's prior role in regard to the settlement of this case, counsel has a conflict with plaintiff in regard to the settlement herein and cannot represent him or file briefs on his behalf in response to the court's April 21, 2011 order.

Dated: May 13, 2011                                    CURTIS & GREEN, LLP

                                                       *[signature: Mitchell J. Green]*

                                                       By:_____
                                                           Mitchell J. Green
                                                           Attorney for Donald Golden, M.D.

PROOF OF SERVICE

I, Mitchell J. Green, hereby declare:

My business address is 1101 Fifth Ave., Suite 310, San Rafael, CA 94901 in the County of Marin. I am over the age of eighteen years and I am not a party to the foregoing action.

On May 13, 2011, I served copies of the following document(s):

> STATEMENT OF PLAINTIFF'S COUNSEL OF RECORD RE COURT'S APRIL 21, 2011 ORDER RE ENFORCEMENT OF SETTLEMENT

on the parties listed below, as follows:

[X] (by mail) by depositing a true copy thereof in a sealed envelope with postage fully paid in the United States mail at San Rafael, California, to the address(es) shown below.

[ ] (by personal delivery) by having a messenger personally deliver a true copy thereof to the person(s) listed below, at the address(es) set forth below.

[ ] (by Federal Express) by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Rafael, California, and addressed as set forth below.

[ ] (by electronic mail) by transmitting said document(s) to the electronic mail address listed below, which is an address from which I have previously received e mails from and to which I have previously sent e mail to the identified party

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 13, 2011 at San Rafael, California.

*/s/ Mitchell J. Green*

_____
Mitchell J. Green

Parties served:
Donald Golden, M.D.
907 Keeler Ave.
Berkeley, CA 94708