United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D.,

       Plaintiff,

     v.

CALIFORNIA EMERGENCY PHYSICIANS
MEDICAL GROUP ET AL.,

       Defendants.

_____/

No. C-10-00437 JSW  (DMR)

**ORDER RE SEALED TRANSCRIPT
FILED UNDER SEAL**

     Defendants have filed an administrative motion to file under seal the Transcript of the March 22, 2011 Settlement Conference Proceedings.  [Docket No. 43]  Defendants' motion is hereby **GRANTED.**  On September 22, 2011, the undersigned held the second of two settlement conferences in the above matter, and a confidential agreement was placed on the record following that day's conference.  The undersigned hereby **ORDERS** that the transcript of that proceeding be filed and maintained under seal.

     However, the court reporters are directed to provide a party or counsel for any party in this matter with a transcript of that day's proceedings upon request and without further order.

     IT IS SO ORDERED.

Dated:  June 3, 2011

IT IS SO ORDERED

Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge