C-10-00437-JSW   Donald Golden, M.D. v. California Emergency Physicians Medical Grp. et al

To the honorable Judge Ryu,

As you requested I am sending proof that I sent a copy of the papers I filed to Sarah.

I think it is against the law to do so because of the privacy issues I raised with you, but I felt I had no choice because of your court order.

Copy to DMR

I would please like to "*reply to the brief*" Sarah and CEP America wrote, they lied and my understanding is that lying is perjury.

I would like a trial, either by your court or Judge White.

I sued to go to trial to be "made whole" not to mediate.

The whole idea of mediation is new to me.

Thank you for your time.

I also forgot to give you Exhibit 10, may I please submit it?

Donald Golden MD
Faculty UCSF SMU Touro U
Instructor UC Davis

FILED
JUN 17 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
JUN 17 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

```
          YOU SEND ME  (510)540-0671
          1442A WALNUT ST,BERKELEY,CA.
              MON-FRI   9AM-6PM
              SAT       10AM-5PM


LRG MANILA ENVLP                    0.49 TX
Shipment---------------------
   USPS Parcel Post
   Package ID: 211924               8.91
   Tracking #:  9434610200793901748113

   SUBTOTAL                         9.40
   TAX
      Standard Sta on 0.49          0.05
      TOTAL                         9.45
TEND Visa                           9.45

Donald Golden
Roxanne V. [189]              06/10/2011
#216831                        01:40 PM



     You Send Me is NOT responsible for damage to cus
     tomer-packed boxes. Best results are acheived by
                    professional packaging.


     *******************************************
              THANK YOU FOR YOUR BUSINESS.
                PLEASE VISIT OUR WEBSITE
                     www.usendme.biz
```