**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., | |
| Plaintiff, | No. C 10-00437 JSW |
| v. | |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive. | **ORDER RE FILING UNDER SEAL** |
| Defendants. / | |

The Court has received a submission from Plaintiff, appearing *pro se* and construes Plaintiff's cover letter as a request to file the submission under seal. The submission shall be FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated: July 19, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

<div style="margin-left:2em; writing-mode: vertical-rl;">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., | Case Number: CV10-00437 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Golden
907 Keeler Avenue
Berkeley, CA 94708

Dated: July 19, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk