1  SARAH E. ROBERTSON #142439
   MARK A. DELGADO #215618
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California  94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: srobertson@fablaw.com
5         mdelgado@fablaw.com

6  Attorneys for Defendants
   CALIFORNIA EMERGENCY
7  PHYSICIANS MEDICAL GROUP,
   MARK ALDERDICE and ROBERT BUSCHO
8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11 | DONALD GOLDEN, M.D., | Case No.: C10-00437 JSW (DMR)
12 | Plaintiff, |
13 | vs. | **DEFENDANTS' REQUEST FOR CLARIFICATION OF COURT'S JULY 19, 2011 ORDER AND REQUEST FOR SERVICE OF PLAINTIFF'S SUBMISSIONS TO THE COURT**
14 | CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive, |
17 | Defendants. |

18

19     On July 19, 2011, this Court issued an Order Re Filing Under Seal, Docket number 54,

20 ("Order") regarding "a submission" the Court received from Plaintiff Donald Golden

21 ("Plaintiff") appearing *pro se*.  The Order indicates Plaintiff requested that his submission be

22 sealed and the Court granted that request.   To date, Defendants California Emergency

23 Physicians Medical Group ("CEP"), Mark Alderdice, M.D. ("Alderdice") and Robert Buscho,

24 M.D. ("Buscho") (collectively "Defendants") have not been served with any document the

25 Plaintiff has submitted to the Court on or after June 17, 2011.  Defendants respectfully request

26 that the Court clarify its Order to identify Plaintiff's submission.  If the submission was made

27 since June 17, 2011, Defendants further request that the Court order Plaintiff to serve a copy on

28

1  Defendants as soon as possible.

3  Dated: July 22, 2011                    FITZGERALD ABBOTT & BEARDSLEY LLP

4                                          By          /s/ Sarah E. Robertson
                                            Sarah E. Robertson
5                                           Attorneys for Defendants CALIFORNIA
                                            EMERGENCY PHYSICIANS MEDICAL
6                                           GROUP, MARK ALDERDICE and ROBERT
                                            BUSCHO

2

DEFENDANTS' REQUEST FOR CLARIFICATION OF COURT'S JULY 19, 2011 ORDER AND REQUEST FOR SERVICE OF PLAINTIFF'S SUBMISSIONS TO THE COURT / CASE NO. C10-00437 JSW (DMR)
7/21/2011 (25615) #422500.1

## CERTIFICATE OF SERVICE - F.R.C.P. §5

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbott & Beardsley, located at 1221 Broadway, 21st Floor, Oakland, CA 94612. I am readily familiar with this firm's business practice of processing of documents for service.

I hereby certify that on **July 22, 2011**, a true and correct copy of the following document(s) was filed electronically:

**DEFENDANTS' REQUEST FOR CLARIFICATION OF COURT'S JULY 19, 2011 ORDER AND REQUEST FOR SERVICE OF PLAINTIFF'S SUBMISSIONS TO THE COURT**

Notice of this filing will be sent by operation of the United States District Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties listed below will be served by the method indicated:

**Donald Golden, M.D.**
**907 Keeler Avenue**
**Berkeley, CA  94708**
**Email: fredricky@pol.net**
*Plaintiff*

| | | |
|---|---|---|
| X | U.S. Mail | By placing a copy of said document(s) in a sealed envelope with postage thereon fully prepaid, and depositing said envelope with the U.S. Postal Service, following this firm's business practices. |
| | Federal Express | By placing a copy of said document(s) in a sealed pre-paid overnight envelope and deposited with Federal Express, following this firm's business practices. |
| | By Personal Service | I caused such envelope to be delivered by hand on the office(s) of the addressee(s). |
| | Facsimile | By placing a true copy thereof into a facsimile machine to the fax number stated above, as evidenced by the attached transmission report. |
| | Electronic Service | By electronically sending a copy of said document(s) to the attorney or party as stated above and as agreed upon, in writing, by the parties. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on **July 22, 2011**, at Oakland, California.

_____
Jennifer A. Brooks

---

3

DEFENDANTS' REQUEST FOR CLARIFICATION OF COURT'S JULY 19, 2011 ORDER AND REQUEST FOR SERVICE OF PLAINTIFF'S SUBMISSIONS TO THE COURT / CASE NO. C10-00437 JSW (DMR)
7/21/2011 (25615) #422500.1