IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D.,

    Plaintiff,

v.

CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive.

    Defendants.

No. C 10-00437 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE ENFORCEMENT OF SETTLEMENT AGREEMENT**

    The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation ("Report") re Enforcement of the Settlement Agreement. The Court also has considered Dr. Golden's objections to Magistrate Judge Ryu's Report, which were filed under seal.

    Having considered the Report, and having considered Dr. Golden's objections thereto, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Settlement Agreement, with the modifications as stated in the Report at page seven, memorializes the parties' agreement reached after many hours of mediation, and shall be signed by all parties. Defendants shall prepare the final written settlement agreement and serve it on Plaintiff by no later than August 8, 2011. Plaintiff shall sign and return the agreement to Defendants by no later than August 15, 2011. By no later than August 22, 2011, the parties shall file a notice that the case has been settled and the Court shall dismiss the matter as fully

///

resolved.

**IT IS SO ORDERED.**

Dated: August 1, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D.,

    Plaintiff,

v.

CALIFORNIA EMERGENCY
PHYSICIANS MEDICAL GROUP et al,

    Defendant.
    _____/

Case Number: CV10-00437 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Golden
907 Keeler Avenue
Berkeley, CA 94708

Dated: August 1, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk