IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., | |
| Plaintiff, | No. C 10-00437 JSW |
| v. | |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive. | **ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |
| Defendants. | |

Now before the Court is pro se plaintiff Dr. Donald Golden's application to proceed on appeal *in forma pauperis*. Having carefully reviewed Dr. Golden's papers and considered his arguments and the relevant legal authority, and good cause appearing, the Court hereby DENIES Dr. Golden's application to proceed *in forma pauperis* on appeal.

First, this case, having been settled before a Magistrate Judge, was dismissed pursuant to the settlement of the parties and accordingly, the appeal is not taken in good faith. Second, having reviewed the current application, the Court finds Dr. Golden's claim of poverty unavailing. Therefore, the application to proceed *in forma pauperis* on appeal is DENIED.

**IT IS SO ORDERED.**

Dated: September 1, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D.,

    Plaintiff,

v.

CALIFORNIA EMERGENCY
PHYSICIANS MEDICAL GROUP et al,

    Defendant.

Case Number: CV10-00437 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Golden
907 Keeler Avenue
Berkeley, CA 94708

Dated: September 2, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk