IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D., Plaintiff,

v.

CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, defendant

No. C 10-00437 JSW

**FILED**

JAN 2 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the Honorable Judge White,

The agreement is void:

Law 16600 states;

BUSINESS AND PROFESSIONS CODE
SECTION 16600

16600. Except as provided in this chapter, every contract by which anyone is restrained from engaging in a lawful profession, trade, or business of any kind is to that extent void.

### CEP IS HUGE AND A NATIONAL LEADER

The sole purpose of the agreement was to trick me into. California Emergency Physicians **America** Formerly California Emergency Physicians wanted to make sure I never practiced medicine again. The reason why California Emergency Physicians changed there name was/is because they are growing too fast. They have a:

Emergency medicine arm. No other ER organizations runs more ER's that California Emergency Physicians **America.**

Hospitalist arm. ( which is horrible because the hospitalist they own admit patients to the hospital that do not belong there. The hospitalist they own are afraid to say no because the ER doctors that own them will fire them)

They have a billing arm, Medamerica Sarah Roberts clearly stated CEP owned medamerica. So every where Medamerica does billing CEP can fire me.

/s/ Donald Golden
1/19/12

They now just started getting into skilled nursing hospitals. They mis-inform people on their website and do not let them know they work in skilled nursing hospitals.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D., Plaintiff,

v.

CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, defendant

No. C 10-00437 JSW

The have a primary care arm. They purposely mis-inform people that they do not have a primary care arm. So every where the primary care arm and the other arms of CEP have a contract, they can fire me.

Joint commission, the national board that governs all hospitals clearly states that CEP cannot interfere with my contract. Not only did CEP fire me 3 times from one site, but they fire me in 2008 and again in Eureka in 2010 and they hired all of the doctors there except me in Eureka. This voids the contract.

Sarah Roberts spoke openly to the Honorable Judge White about my mediation. This voids the contract I have asked for the transcripts but they have not been made available yet.

So in short the contract is void for all of the reasons I stated to Judge Ryu and this court previously, in addition the contract is void because;

1. Code 16600 prevents anyone from firing me.

2. The joint commission prevents any one except the hospital administration from firing me. They govern all hospitals in the US.

3. ADR prevent anyone (any lawyer) from speaking about my mediation openly to the Judge.

Also, it is my belief that CEP and Sarah forced my lawyer to quit. My understanding is that a lawyer cannot quit a case it is against the law. I did everything my lawyer told me to do. I had no representation. This voids the agreement.

I explained to judge Ryu that my mother was sick and that was a stressor. No one told me that I needed to submit my mothers records.

My mother meets criteria for dying in 6 months now and worse during the mediation.

Please God , please Judge White do not let CEP destroy my life again and again none

*Donald Golden*
1/19/12

stop. (None ending agreements are also void). As CEP gets bigger and bigger, which is

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D., Plaintiff,

v.

CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, defendant

No. C 10-00437

fired me 5 times, they agreement attempts to trick people into believing they have the right to fired doctors even if they do not work for them.

Not only has this devastated my life and will continue to devastate my life, but it will devastate the life of any hard working honest doctor trying to make a living. The president will make legal CEP's ability to make doctors slaves and control them and remove their rights.

This is not a standard agreement. This is why they added it, one page of this garbage, 15 minutes before we stood before Judge Ryu. Judge Ryu confirmed this last minute entry.

The agreement is void because Judge Ryu said the agreement is complete if I do not sign.

The 9th district appeals court does not agree with Judge Ryu. They clearly state that they cannot even look at these ludicrous words called an agreement because IT IS NOT complete.

I humbly request the transcripts from the meeting with Mitch Green, Sarah Roberts, Donald Golden MD and Judge White which took place just before the mediation with Judge Ryu.

*Donald Golden*
*1/19/12*