**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D.,

    Plaintiff,

v.

CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive.

    Defendants.
_____/

No. C 10-00437 JSW

**ORDER RE FILING RESPONSE UNDER SEAL**

    The Court has received a submission opposing the pending motion to intervene from Plaintiff, appearing *pro se* and construes Plaintiff's cover letter as a request to file the submission under seal. The submission shall be FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated: February 27, 2012

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP et al, <br><br> Defendant. | Case Number: CV10-00437 JSW <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Golden
907 Keeler Avenue
Berkeley, CA 94708

Dated: February 27, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk