IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive. <br><br> Defendants. <br> _____/ | No. C 10-00437 JSW <br><br> **ORDER DIRECTING PLAINTIFF TO SERVE OR SHOW CAUSE WHY PAPERS SHOULD NOT BE DISCLOSED** |

On March 1, 2012, Defendants submitted a response to the Motion to Intervene and Enforce Settlement filed by Mitchell J. Green, Esq. In that response, Defendants note that Plaintiff has not served them with papers submitted in opposition to the motion.

Plaintiff is HEREBY ORDERED to serve Defendants with the documents submitted to the Court on February 24, 2012 and February 27, 2012 by no later than March 9, 2012, or show cause by that date why the documents may not legally be disclosed to Defendants.

**IT IS SO ORDERED.**

Dated: March 2, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., | Case Number: CV10-00437 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Golden
907 Keeler Avenue
Berkeley, CA 94708

Dated: March 2, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2