Mitchell J. Green (SBN 127718)
CURTIS & GREEN, LLP
1101 Fifth Ave, Suite 310
San Rafael, CA 94901
Tel: 415.456.4600 / Fax: 415.455.0270
Email: mgreen@curtisgreenlaw.com

Attorney *In Pro Per*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D., )
                                 ) No. C-10-00437 JSW
    Plaintiff, )
                                 ) **REPLY RE: MOTION TO**
v. ) **INTERVENE AND MOTION TO**
                                 ) **ENFORCE COURT'S AUGUST 1,**
CALIFORNIA EMERGENCY ) **2010 ORDER RE SETTLEMENT**
PHYSICIANS MEDICAL GROUP; )
MEDAMERICA; MARK ALDERDICE; ) DATE: March 30, 2011
ROBERT BUSCHO; AND DOES 1 ) TIME: 9:00 a.m.
THROUGH 100, AND EACH OF THEM, ) COURTROOM: 11 (Judge Jeffrey
) White)
INCLUSIVE, )
)
    Defendants. )

Defendants' opposition correctly notes that this motion does not seek to disburse settlement funds at this time, only to move them into the custody of the court, subject to a further order regarding disbursement. Intervenor does not object to defendants' concern regarding exhaustion of appeals, but does note that this would be a proper subject in connection with a subsequent disbursement order and need not be a condition for granting the present motion. Intervenor acknowledges that any future disbursement must be by noticed motion and has no objection to an express term to this effect in the order granting this motion.

---

REPLY RE: MOTION TO INTERVENE AND MOTION TO ENFORCE
COURT'S AUGUST 1, 2008 ORDER RE: SETTLEMENT
(No. C-10-00437 JSW)

As to plaintiff, he has not served Intervenor with a copy of his opposition, notwithstanding two requests that he do so. The first request was on February 29, 2012, immediately after he was granted permission to file under seal. The second was on March 2, 2012, after the court ordered plaintiff to serve defendants. Accordingly, Intervenor must now request an order from the court directing Golden to serve Intervenor, and further requests permission to file a sur-reply, *if necessary*

Based on Golden's prior filed papers, it may be that Golden's opposition does not require a sur-reply. By its August 1, 2010 order, this court adjudicated Golden's obligation to complete the settlement. Golden sought and was denied relief from this order on appeal. Nevertheless, by papers filed after his appeal was denied (January 20, 2010; Docket #65 ), Golden renewed and re-argued his request to be relieved of the settlement. To the extent that Golden's current opposition is similar to Docket # 65 and persists in attempting to re-litigate an already-decided matter, the opposition should be discarded as irrelevant and immaterial. Intervenor's motion does not present an opportunity for Golden to re-litigate the court's August 1, 2011 order requiring him to sign the settlement agreement.

Dated: March 5, 2012                    CURTIS & GREEN, LLP

*[signature]*

By:_____
   Mitchell J. Green
   Attorney In Pro Per

PROOF OF SERVICE

I, Mitchell J. Green, hereby declare:

My business address is 1101 Fifth Ave., Suite 310, San Rafael, CA 94901 in the County of Marin. I am over the age of eighteen years and I am not a party to the foregoing action. On March 5, 2012 , I served copies of the following document(s):

**REPLY RE: MOTION TO INTERVENE AND MOTION TO ENFORCE COURT'S AUGUST 1, 2010 ORDER RE SETTLEMENT**

on the parties listed below, as follows:

☒ (by mail) by depositing a true copy thereof in a sealed envelope with postage fully paid in the United States mail at San Rafael, California, to the address(es) shown below.

☒ (by electronic mail) by transmitting said document(s) to the electronic mail address listed below, which is an address from which I have previously received e mails from and to which I have previously sent e mail to the identified party

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 5, 2012 at San Rafael, California.

_____
Mitchell J. Green

Parties served:

Donald Golden, M.D.
907 Keeler Ave.
Berkeley, CA 94708
E mail: fredricky@pol.net

Chambers Copy (via USPS only)