IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., | |
| Plaintiff, | No. C 10-00437 JSW |
| v. | **SECOND ORDER TO SHOW CAUSE AND ORDER GRANTING, IN PART, REQUEST FOR CONTINUANCE AND DIRECTING PLAINTIFF TO SERVE OPPOSITION BRIEF** |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive. | |
| Defendants. | |

This matter is scheduled for a hearing on March 30, 2012, on Intervenor's Motion to Enforce Settlement Agreement. On March 2, 2012, the Court issued an Order directing Plaintiff to serve copies of his opposition papers, dated February 12, 2012[1] and February 18, 2012, and received by the Court on February 24, 2012 and February 27, 2012 on Defendants or to show cause why they should not be disclosed. Plaintiff has not filed a proof of service with the Court and has not responded to the Court's Order to Show Cause. The Court issues this second Order to Show Cause to give Plaintiff one further opportunity to serve these briefs on Defendants and Intervenor or show cause why they should not be disclosed. Plaintiff shall serve copies of the documents submitted to the Court, excluding his mother's medical records, or show cause why the documents should not be disclosed by no later than March 28, 2012.

---

[1] The Court hereby advises all parties that the submission dated February 12, 2012, included copies of Plaintiff's mother's medical records. The Court shall not order Plaintiff to disclose those records to Defendants or the Intervenor.

The Court HEREBY ADVISES Plaintiff that if he fails to file proof of service on Defendants and Intervenor or fails to file a response showing why the documents should not be disclosed to Defendants and Intervenor, the Court shall direct the Clerk to serve copies of those documents on the parties.

On March 9, 2012, Plaintiff filed a request to continue the hearing set for March 30, 2012, in which he asserts that he is in the process of retaining an attorney and that his mother has recently passed away. Intervenor opposes Plaintiff's request for a continuance. Because neither Defendant nor Intervenor have received copies of Plaintiff's opposition to the motion, the Court shall continue the hearing, but not for the full sixty days requested by Plaintiff.

The Court GRANTS, IN PART, Plaintiff's request for a continuance, and HEREBY CONTINUES the hearing to May 4, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 14, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., | Case Number: CV10-00437 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Golden
907 Keeler Avenue
Berkeley, CA 94708

Dated: March 14, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk