IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D.,

    Plaintiff,

v.

CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive.

    Defendants.

    /

No. C 10-00437 JSW

**ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE AND DENYING, IN PART, LETTER REQUEST TO SEAL**

    The Court has received Plaintiff's letter dated March 19, 2012, responding to the Second Order to Show Cause, and it HEREBY DISCHARGES that Order to Show Cause. If the Defendants or the Intervenor have any issue with Plaintiff's representations, the Court shall address them at the hearing set for May 4, 2012. The Court received an additional letter from Plaintiff on March 22, 2012, in which Plaintiff asks that the Court not disclose his mother's medical records to Defendants or the Intervenor and that they remain under seal. The Court already granted that request. Plaintiff also asks that the letter itself be sealed.

//
//
//
//
//

1  That request is DENIED, and the Clerk is directed to file the letter in the public record.

2  **IT IS SO ORDERED.**

3  Dated: March 23, 2012

4  JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., | Case Number: CV10-00437 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Golden
907 Keeler Avenue
Berkeley, CA 94708

Dated: March 23, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk