Robert Salinas    SBN 184260
SUNDEEN SALINAS & PYLE
428 13th Street, Eighth Floor
Oakland, California 94612
Tel: (510) 663-9240

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., ) | No. C10-00437 JSW (DMR) |
| Plaintiff, ) | |
| vs. ) | NOTICE OF SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER |
| CALIFORNIA EMERGENCY PHYSICIANS ) MEDICAL GROUP, MEDAMERICA, MARK ) ALDERDICE, ROBERT BUSCHO, and ) DOES 1-100, inclusive, ) | JUDGE: JEFFREY S. WHITE<br>CRTR:   11, 19th Floor |
| Defendants ) | |

NOTICE IS HEREBY GIVEN that, subject to the approval of the Court, Plaintiff, DONALD GOLDEN, M.D., substitutes ROBERT SALINAS, State Bar Number 184260, as counsel in place of Mitchell J. Green.

Contact information for new counsel is as follows:
  Name:     Robert Salinas
  Address:  428 13th Street, Eighth Floor
  Phone:    (510) 663-9240
  e-mail:   bob@ssrplaw.com

I consent to the above substitution.

Date: _____, 2012        *(Please see attached.)*

1

PLAINTIFF

I consent to being substituted.

Date: 3/29/12

_____
Attorney ROBERT SALINAS

I consent to the above substitution.

Date: _____

_____
Attorney MITCHELL J. GREEN

**ORDER OF THE COURT**

The substitution of attorneys is hereby approved and ORDERED

Dated: __March 30_____, 2012        _/s/ Jeffrey S. White_____

Honorable JEFFREY S. WHITE
United States District Judge