```
Robert Salinas    SBN 184260
SUNDEEN SALINAS & PYLE
428 13th Street, Eighth Floor
Oakland, California  94612
Tel: (510) 663-9240

Attorney for PLAINTIFF
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CALIFORNIA EMERGENCY PHYSICIANS ) <br> MEDICAL GROUP, MEDAMERICA, MARK ) <br> ALDERDICE, ROBERT BUSCHO, and ) <br> DOES 1-100, inclusive, ) <br> ) <br>     Defendants ) | No. C10-00437 JSW (DMR) <br><br> **[Proposed]** ORDER CONTINUING HEARING DATE ON INTERVENOR'S MOTION TO ENFORCE SETTLEMENT AGREEMENT <br><br> **JUDGE: JEFFREY S. WHITE** <br> **CRTR:   11, 19th Floor** |

    GOOD CAUSE appearing, Plaintiff's Request to Continue the Hearing Date on Intervenor's Motion to Enforce Settlement Agreement and to Enforce Court's August 1, 2011 Order is GRANTED. **Plaintiff's supplemental opposition brief shall be due by no later than May 21, 2012, and the reply shall be due by May 29, 2012.**

    The hearing date is continued from May 4, 2012, to a new hearing date of June 8, 2012, 2012, at 9:00 a.m. ~~p.m.~~

    IT IS SO ORDERED.

Dated: April 10, 2012

                                                      /s/ Jeffrey S. White
                                                      Honorable JEFFREY S. WHITE
                                                      United States District Judge