ROBERT SALINAS SBN 184260
SUNDEEN SALINAS & PYLE
428 13th Street, 8th Floor
Oakland, CA 94612
Tel: (510) 663-9240
Fax: (510) 663-9241

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN.,

    Plaintiff,

vs.

CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERICE, ROBERT BUSCHO, and DOES 1-100, inclusive

    Defendants.

Case No. 10-CV-00437 JSW

DECLARATION OF ROBERT SALINAS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Judge: Hon. Jeffrey S. White

I, Robert Salinas, declare as follows:

1. I am an attorney at the law firm of Sundeen Salinas and Pyle, attorneys of record for Plaintiff Donald Golden.

2. On March 22, 2012, the parties to this action recorded a confidential settlement agreement pursuant to ADR Local Civil Rule 7-5.

3. In addition to the local rule mandating the confidentiality of matters settled before the Court, the parties agreed that the terms of settlement would remain confidential.

4. To preserve the confidential nature of the settlement, this Court has sealed documents disclosing the settlement terms, including the transcript of the settlement. This Court and Magistrate Judge Ryu have declined to include settlement terms because of the confidential nature of the settlement. Defendant CEP has also omitted the terms of the settlement from the record.

**[Proposed] ORDER re: ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
**Case No. 10-CV-00437 JSW**

1

5. Based on this history, I assume that any discussion of this confidential information is to be filed under seal and did not meet and confer with the Defendants and Intervenor Green prior to submitting this request to file under seal.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Date: June 3, 2012

Robert Salinas

[Proposed] ORDER re: ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 10-CV-00437 JSW

2