**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9  DONALD GOLDEN, M.D.,                             No. C 10-00437 JSW

10              Plaintiff,

11  v.                                               **ORDER SETTING STATUS
                                                      CONFERENCE FOLLOWING
                                                      REMAND**

12  CALIFORNIA EMERGENCY PHYSICIANS
    MEDICAL GROUP, MEDAMERICA, MARK

13  ALDERDICE, ROBERT BUSCHO, and
    DOES 1-100, inclusive.

14

15              Defendants.

16  _____/

17       On June 15, 2012, this Court granted a motion to intervene, granted a motion to enforce

18  a settlement agreement, and dismissed this action with prejudice.  On April 8, 2015, the United

19  States Court of Appeals issued an opinion, in which it reversed and remanded "for further

20  proceedings not inconsistent with this opinion."  *Golden v. California Emergency Physicians*

21  *Medical Group,* 782 F.3d 1083, 1093 (9th Cir. 2015).

22       The mandate has now issued.  Accordingly, it is HEREBY ORDERED that the parties

23  shall appear for a status conference on Friday, July 24, 2015, at 11:00 a.m.  The parties shall

24  submit a joint status report, which sets forth their respective positions on how this case should

25  proceed following remand.

26       **IT IS SO ORDERED.**

27  Dated: June 11, 2015                            _____
                                                     JEFFREY S. WHITE
28                                                   UNITED STATES DISTRICT JUDGE