1   RICHARD C. RAINES CSB #062460
    Gagen, McCoy, McMahon, Koss, Markowitz & Raines
2   279 Front Street
    P.O. Box 218
3   Danville, CA 94526
    Telephone: (925) 837-0585
4   Facsimile: (925) 838-5985

5   Attorneys for Plaintiff
    DONALD GOLDEN, M.D.

6

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11   DONALD GOLDEN, M.D.,         No.: C10-00437 JSW

12         Plaintiff,            **NOTICE OF SUBSTITUTION OF**
                              **ATTORNEYS FOR PLAINTIFF**
13     vs.                   **AND [PROPOSED] ORDER**

14   CALIFORNIA EMERGENCY
    PHYSICIANS MEDICAL GROUP, et al.,
15

16         Defendants.

17

18        NOTICE IS HEREBY GIVEN that subject to the approval of the Court, Plaintiff

19   DONALD GOLDEN, M.D., substitutes RICHARD C. RAINES, of Gagen, McCoy,

20   McMahon, Koss, Markowitz & Raines, State Bar Number 062460, as counsel in place of

21   Robert Salinas.

22        Contact information for new counsel is as follows:

23        Name:     Richard C. Raines
        Address:   Gagen, McCoy, McMahon, Koss, Markowitz & Raines, 279 Front
24                   Street, Danville, CA 94526
       Phone:    (925) 837-0585
25        Email     rcr@gagenmccoy.com

26

27   I consent to the above substitution.
    Dated:  7/6/15             Donald Golden, Plaintiff

28   I consent to the above substitution.
    Dated:  7/7/15             Robert Salinas, Attorney

Law Offices of
GAGEN,
McCOY,
McMAHON,
KOSS,
MARKOWITZ
& RAINES
A Professional
Corporation
279 Front Street
P.O. Box 218
Danville, CA
94526
(925) 837-0585

-1-

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF AND [PROPOSED] ORDER
F:\CLRCR\51999\USDC Pleadings\Not of Substitution.docx

1   I consent to being substituted.

2   Dated: _____July 8, 2015_____    Gagen, McCoy, McMahon, Koss, Markowitz & Raines

3                               A Professional Corporation

4

5             By: _____
                       Richard C. Raines, Attorney

6

7

8

9                      ORDER OF THE COURT

10      The substitution of attorneys for Plaintiff is approved and ORDERED.

11

12   Dated:   July 16, 2015

13                        HON. JEFFREY S. WHITE
                          United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
**GAGEN,
McCOY,
McMAHON,
KOSS,
MARKOWITZ
& RAINES**
A Professional
Corporation
279 Front Street
P.O. Box 218
Danville, CA
94526
(925) 837-0585

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF AND [PROPOSED] ORDER

F:\CLRCR\51999\USDC Pleadings\Not of Substitution.docx