RICHARD C. RAINES CSB #062460
Gagen, McCoy, McMahon, Koss, Markowitz & Raines
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Plaintiff
DONALD GOLDEN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DONALD GOLDEN, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, et al., <br><br> Defendants. | No.: C10-00437 JSW <br><br> **JOINT STATUS REPORT** <br><br> Date: July 24, 2015 <br> Time: 11: a.m. <br> Hon. Jeffrey S. White |

The parties submit the following Joint Status Report in accordance with this Court's June 11, 2015 Order to "set forth the respective positions of the parties as to how the case should proceed."

It is the Parties' position that:

1. An evidentiary hearing be conducted in early 2016 to determine whether the settlement agreement imposes "a restraint of a substantial character" on Dr. Golden's ability to practice medicine. It is anticipated that this hearing will take 1-2 days.

2. A trial on the merits be scheduled for August-September 2016 in the event that the settlement agreement is found to be unenforceable. It is expected that the trial on the underlying case would take 3 weeks.

| | |
|---|---|
| Dated: July 17, 2015____ | Gagen, McCoy, McMahon, Koss, Markowitz & Raines<br>A Professional Corporation |
| | By: __/s/ Richard C. Raines_____<br>Richard C. Raines, Attorneys for Plaintiff Donald Golden, MD |
| Dated: July 17, 2015 | Donahue Fitzgerald LLP |
| | By____/s/ Sarah E. Robertson_____<br>Sarah E. Robertson, Attorneys for Defendants |

Law Offices of
**GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & RAINES**
A Professional Corporation
279 Front Street
P.O. Box 218
Danville, CA 94526
(925) 837-0585