IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive.<br><br>　　　　Defendants.<br>_____/ | No. C 10-00437 JSW<br><br>**ORDER VACATING STATUS CONFERENCE** |

　　　The Court has received the parties' joint status report, and it VACATES the status conference scheduled for July 24, 2015. The parties are HEREBY ORDERED to meet and confer and to submit a stipulation and proposed order regarding an evidentiary hearing date, which shall commence on a Monday at 8:00 a.m. and shall take place by no later than February 22, 2016. The Court shall set a trial date after it has conducted the evidentiary hearing.

　　　**IT IS SO ORDERED.**

Dated: July 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE