IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D.,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, and DOES 1-100, inclusive.<br><br>  Defendants.<br>_____/ | No. C 10-00437 JSW<br><br>**ORDER SETTING DEADLINE TO PROVIDE DATE FOR EVIDENTIARY HEARING** |

On July 20, 2015, the Court issued an Order directing the parties to meet and confer and to submit a stipulation and proposed order regarding an evidentiary hearing date, which shall commence on a Monday at 8:00 a.m. and shall take place by no later than February 22, 2016. The Court has not yet received a stipulation from the parties. Accordingly, it is HEREBY ORDERED that the parties shall submit a stipulation with proposed dates for the evidentiary hearing by no later than September 25, 2015.

**IT IS SO ORDERED.**

Dated: August 20, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE