| | |
|---|---|
| 1 | SARAH E. ROBERTSON, #142439 |
|   | srobertson@donahue.com |
| 2 | MARK A. DELGADO, #215618 |
|   | mdelgado@donahue.com |
| 3 | DONAHUE FITZGERALD LLP |
|   | Attorneys at Law |
| 4 | 1999 Harrison Street, 25th Floor |
|   | Oakland, California 94612-3520 |

Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Defendants
CALIFORNIA EMERGENCY
PHYSICIANS MEDICAL GROUP,
MEDAMERICA, MARK ALDERICE,
and ROBERT BUSCHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD GOLDEN, | Case No. C 10-00437 JSW |
| Plaintiff, | **JOINT STIPULATION SETTING EVIDENTIARY HEARING DATE AND [PROPOSED] ORDER** |
| v. | AND REQUIRING PARTIES TO SUBMIT STATUS REPORT ON JANUARY 25, 2016 |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERICE, ROBERT BUSCHO, and DOES 1-100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AS FOLLOWS:

Pursuant to this Court's August 20, 2015 Order Setting Deadline to Provide Date for Evidentiary Hearing, Plaintiff Donald Golden and Defendant California Emergency Physicians Medical Group hereby informs the court that the parties have conferred and have agreed to Monday, February 8, 2016, at 8:00 a.m. as the date for the evidentiary hearing.

IT IS SO STIPULATED.

9/16/15 (8968.25615) #653464.1

STIPULATION AND ~~PROPOSED~~ ORDER RE EVIDENTIARY HEARING  CASE NO. C 10-00437 JSW

| | | |
|---|---|---|
| 1 | Dated: September 24, 2015 | DONAHUE FITZGERALD LLP |
| 2 | | |
| 3 | | By: /s/ Mark A. Delgado |
| 4 | | Mark A. Delgado<br>Attorneys for Defendants |
| 5 | | CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERICE, AND ROBERT BUSCHO |
| 7 | | |
| 8 | Dated: September 24, 2015 | GAGEN, MCCOY, MCMAHON, KOSS, MARKOWITZ & RAINES<br>A PROFESSIONAL CORPORATION |
| 11 | | By: /s/ Richard C. Raines |
| 12 | | Richard C. Raines<br>Attorneys for Plaintiff<br>DONALD GOLDEN |

ORDER

Pursuant to the Stipulation of the parties, and for good cause, the Court hereby sets the evidentiary hearing for February 8, 2016. at 8:00 a.m.

IT IS SO ORDERED.  It is further ordered that the parties shall submit a status report setting forth the number of witnesses and the estimated length of testimony on January 25, 2016.

Dated: September 25, 2015

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

9/16/15 (8968.25615) #653464.1

STIPULATION AND PROPOSED ORDER RE EVIDENTIARY HEARING   CASE NO. C 10-00437 JSW