# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, et al.,<br><br>        Defendants. | Case No.  10-cv-00437-JSW<br><br>**ORDER DIRECTING DOCUMENT NO. 94 TO BE FILED UNDER SEAL**<br><br>Re: Docket No. 94 |

On June 28, 2012, Plaintiff, acting without benefit of counsel, filed a Notice of Appeal, which contains confidential settlement information, including information that the Court has previously filed under seal. It is HEREBY ORDERED that Document No. 94 shall be filed under seal, and this Order shall be issued *nunc pro tunc* to June 28, 2012.

**IT IS SO ORDERED.**

Dated: October 9, 2015, *nunc pro tunc to* June 28, 2012

JEFFREY S. WHITE
United States District Judge