1  SARAH E. ROBERTSON #142439
   MARK A. DELGADO #215618
2  DONAHUE FITZGERALD LLP
   1999 Harrison 25th Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: srobertson@donahue.com
5         mdelgado@donahue.com

6  Attorneys for Defendants
   CALIFORNIA EMERGENCY
7  PHYSICIANS MEDICAL GROUP,
   MARK ALDERDICE, and ROBERT BUSCHO
8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

11 | DONALD GOLDEN, M.D.,              | Case No.: C10-00437 JSW
12 |         Plaintiff,                | [PROPOSED] ORDER GRANTING
                                       | REQUEST FOR EXTENSION OF
13 |    vs.                            | TIME AND CONTINUING PLACEHOLDER
                                       | DATE AS MODIFIED
14 | CALIFORNIA EMERGENCY
   | PHYSICIANS MEDICAL GROUP,
15 | MEDAMERICA, MARK ALDERDICE,
   | ROBERT BUSCHO, and DOES 1-100,
16 | inclusive,
17 |         Defendants.

18

19

20
       The court has received and reviewed the parties' joint request for a continuance of the
21
   hearing date "placeholder" set by this Court on February 16, 2016, and a modification of the
22
   briefing schedule issued by this Court on February 26, 2016. The Court GRANTS the parties'
23
   request, as follows:
24
       1.    On or before April 15, 2016, Defendants shall produce to Plaintiff additional
25
   documents/information in response to Plaintiff's Special Interrogatories, Set One and Requests
26
   for Documents, Set One; and
27
       2.    The placeholder date for the evidentiary hearing is set for June ~~15~~ 13, 2016.
28
   The Court would prefer to start the evidentiary hearing on a Monday and therefore sets it on June 13. If
   the parties notify the Court that it can be completed in one day, it will reset the placeholder date for June
   15, 206.    [PROPOSED] ORDER RE: EXTENSION OF TIME / CASE NO. C10-00437 JSW
   3/10/16 (8968.25615) #688434.1

                                              1

Defendants' opening brief and evidence shall be due on May 4, 2016; Plaintiff's opposition and evidence shall be due on May 18, 2016; and Defendants' reply shall be due by May 25, 2016.

**IT IS SO ORDERED.**

Dated: ~~March 11, 2016~~
March 14, 2016

_____
JEFFREY S. WHITE
United States District Judge