# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN,

    Plaintiff,

v.

CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, et al.,

    Defendants.

Case No. 10-cv-00437-JSW

**ORDER VACATING EVIDENTIARY HEARING AND DIRECTING PARTIES TO APPEAR FOR A STATUS CONFERENCE**

The Court has set June 13, 2016, as a place holder date on Defendants' motion to enforce a settlement agreement. The Court has received and considered the parties' briefing and evidence in support of that motion, and it VACATES the June 13, 2016 hearing date, pending further order of the Court.

In light of representations Defendants have made in their reply, the parties, **which includes counsel and their clients**, are HEREBY ORDERED to appear at 11:00 a.m. on June 17, 2016 for a status conference. (*See* Reply Br. at 1 n.1.) The Court intends to discuss settlement of this matter.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
JEFFREY S. WHITE
United States District Judge