1  SARAH E. ROBERTSON #142439
   MARK A. DELGADO #215618
2  DONAHUE FITZGERALD LLP
   1999 Harrison 25th Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: srobertson@donahue.com
5         mdelgado@donahue.com

6  Attorneys for Defendants
   CALIFORNIA EMERGENCY
7  PHYSICIANS MEDICAL GROUP,
   MARK ALDERDICE, and ROBERT BUSCHO
8

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

11 | DONALD GOLDEN, M.D.,            | Case No.: C10-00437 JSW
12 |           Plaintiff,             | [PROPOSED] ORDER RE:
   |                                  | DEFENDANT'S REQUEST TO SEAL
13 |    vs.                           | DOCUMENT
14 | CALIFORNIA EMERGENCY
   | PHYSICIANS MEDICAL GROUP,
15 | MEDAMERICA, MARK ALDERDICE,
   | ROBERT BUSCHO, and DOES 1-100,
16 | inclusive,
17 |           Defendants.
18

19       IT IS ORDERED THAT Docket Entry No. 135 shall be removed from the publicly

20 viewable ECF system.

21       IT IS FURTHER ORDERED THAT ~~Plaintiff shall file the Declaration of Richard C.~~

22 ~~Raines in Opposition to Motion to Enforce Settlement without Exhibit F in accordance with~~

23 ~~Local Rule 79-5 and shall submit to the Court a version of the Declaration of Richard C. Raines~~

24 ~~in Opposition to Motion to Enforce Settlement with Exhibit F~~ Plaintiff shall file Exhibit F to the Raines
   Declaration under seal in accordance with the provisions of the Local Rules.
25       IT IS SO ORDERED. The Court does not require an additional chambers copy of that document.

26 Dated: June 8, 2016
                                          /s/ Jeffrey S. White
27                                        JEFFREY S. WHITE
                                          United States District Judge
28

                                    1.
   [PROPOSED] ORDER REGARDING MOTION TO SEAL / CV-10-00437-JSW
   6/6/16 (8968.25615) #704047.1