UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, et al.,<br><br>Defendants. | Case No. 10-cv-00437-JSW<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 6, 2016<br>Mediator: Tamara Lange |

IT IS HEREBY ORDERED that the request to excuse defendants Robert Buscho and Mark Alderdice from appearing in person at the July 6, 2016, mediation before Tamara Lange is GRANTED. Mr. Buscho and Mr. Alderdice are excused, and Mitch Cohen, General Counsel for defendant California Emergency Physicians Medical Group, shall appear in person at the mediation as their representative.

**IT IS SO ORDERED**.

Dated: July 1, 2016

Maria-Elena James
United States Magistrate Judge