RICHARD C. RAINES CSB #062460
Gagen, McCoy, McMahon, Koss, Markowitz & Raines
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Plaintiff
DONALD GOLDEN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., | No.: C10-00437 JSW |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL OF RECORD; DECLARATION OF RICHARD C. RAINES IN SUPPORT** |
| vs. | |
| CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, et al., | |
| Defendants. | Date: September 30, 3016<br>Time: 9:00 am<br>Dept: |
| _____ / | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 30, 3016 at 9:00 a.m. in Courtroom 5 of the above entitled court, counsel for Plaintiff will move this Court for an order relieving him as counsel of record for Plaintiff Donald Golden, MD, herein.

<u>DECLARATION OF RICHARD C. RAINES</u>

I, RICHARD C. RAINES, declare as follows:

1. The undersigned, and his law firm Gagen McCoy, are currently counsel of record for Plaintiff Donald Golden, MD, in the above entitled matter.

2. I wish to withdraw as counsel of record for Plaintiff.

- 1 -
NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL OF RECORD; DECLARATION OF RICHARD C. RAINES IN SUPPORT

F:\CLRCR\51999\USDC Pleadings\Mtn to Withdraw.docx

3. The basis for this motion is that I have retired from the active practice of law effective September 1, 2016 and I am moving to the State of Arizona in early October 2016.

4. In addition, no other attorney at this firm is willing or agreeable to assume representation of Dr. Golden in my absence.

5. I was retained by Dr. Golden for the purpose of prosecuting the appeal which has been concluded.

6. I no longer wish to, nor am I capable of, representing Dr. Golden in the United States District Court of Northern California any further.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was signed this 8th day of September 2016, at Danville, California.

/s/ RICHARD C. RAINES_____

Law Offices of
**GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & RAINES**
A Professional Corporation
279 Front Street
P.O. Box 218
Danville, CA 94526
(925) 837-0585

- 2 -
NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL OF RECORD; DECLARATION OF RICHARD C. RAINES IN SUPPORT
F:\CLRCR\51999\USDC Pleadings\Mtn to Withdraw.docx