RICHARD C. RAINES CSB #062460
Gagen, McCoy, McMahon, Koss, Markowitz & Raines
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Plaintiff
DONALD GOLDEN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D.,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, et al.,<br><br>    Defendants.<br>_____ / | No.: C10-00437 JSW<br><br>**NOTICE OF CONTRACTUAL ATTORNEY'S LIEN** |

PLEASE TAKE NOTICE that Gagen McCoy, a professional Law corporation, claims a contractual attorney's lien on the proceeds of settlement in the above-entitled case in the amount of $ 19,202.74 for attorneys' fees incurred but unpaid and $ 2,029.13 for costs incurred on Plaintiff's behalf and unpaid, for a total lien claim of $21,231.87.

Dated: December 5, 2016    Gagen, McCoy, McMahon, Koss, Markowitz & Raines
A Professional Corporation

By: /s/ Richard C. Raines_____