MITCHELL J. GREEN (SBN 127781)
mitchellgreen1@gmail.com
5 MacAnnan Court
Tiburon, CA 94920
Telephone: 415.816.3770

In pro per Intervenor

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, MEDAMERICA, MARK ALDERDICE, ROBERT BUSCHO, AND DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No: 4:10-cv-00437-JSW <br><br> **NOTICE OF ATTORNEY'S FEES LIEN** |

PLEASE TAKE NOTICE that Mitchell J. Green, Esq. claims an attorney's lien on the proceeds of the settlement in the above-entitled case in the amount of $185,625.00 for attorney's fees.

Dated: December 20, 2016     MITCHELL J. GREEN


By: */s/Mitchell J. Green*
Mitchell J. Green

In pro per Intervenor

| | |
|---|---|
| 1 | **PROOF OF SERVICE - F.R.C.P. §5** |
| 2 | The undersigned declares: |
| 3 | I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 50 California Street, 34th Floor, San Francisco, CA 94111. |
| 4 | |
| 5 | On December 20, 2016, I served the foregoing **NOTICE OF ATTORNEY'S FEES LIEN** on parties to the within action as follows: |
| 6 | |
| 7 | ☒ (By U.S. Mail) On the same date, at my said place of business, Copy enclosed in a sealed envelope, addressed as shown on the service list below was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, State of CA. |

| Richard C. Raines, Esq.<br>Gagen McCoy, et al.<br>279 Front Street<br>Danville, CA 94526<br>Counsel for Donald Golden, M.D. | Sarah Robertson<br>Mark A. Delgado<br>Donahue Fitzgerald LLP<br>1999 Harrison Street, 25th Floor<br>Oakland, CA 94612-1837<br>Counsel for California Emergency Physicians |
|---|---|
| Donald Golden<br>907 Keeler Ave.<br>Berkeley, CA 94703 | |

Executed on December 20, 2016.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Anne Schmidt*
Anne Schmidt