UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, et al.,<br><br>　　　　Defendants. | Case No.  10-cv-00437-JSW<br><br>**ORDER TO SHOW CAUSE RE BILL OF COSTS**<br><br>Re: Dkt. No. 163 |

On December 12, 2016, Defendants filed a Bill of Costs. Defendants did not file a bill of costs when the Court issued its first order granting their motion to enforce the settlement agreement. Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE why the Court should approve the Bill of Costs. In their response, Defendants should be prepared to address the legal and/or statutory basis on which they contend they are legally entitled to recover costs in this action. Defendants' response to the Order to Show Cause shall be due by February 6, 2017. Dr. Golden may respond to Defendants' argument by no later than February 13, 2017, and Defendants may reply by no later than February 20, 2017.

**IT IS SO ORDERED.**

Dated: January 23, 2017

_____
JEFFREY S. WHITE
United States District Judge