1  Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
2  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
3  Eva Schueller, Esq. (SBN: 237886)
       schueller@braunhagey.com
4  BRAUNHAGEY & BORDEN LLP
   220 Sansome Street, Second Floor
5  San Francisco, CA 94104
   Telephone:  (415) 599-0210
6  Facsimile:  (415) 276-1808

7  ATTORNEYS FOR PLAINTIFF
   DONALD GOLDEN, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DONALD GOLDEN, M.D.,

   Plaintiffs,

   v.

CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, et al.,,

   Defendants.

Case No. 10-cv-00437-JSW

**[PROPOSED] ORDER GRANTING MOTION TO CLARIFY OR IN THE ALTERNATIVE STAY ORDER ENFORCING SETTLMENT AGREEMENT**

10-cv-00437-JSW

[PROPOSED] ORDER GRANTING MOTION TO CLARIFY AND/OR STAY

1  The Court, having considered Plaintiff Donald Golden, M.D.'s Motion to Clarify or in the
2  Alternative Stay the Order Enforcing Settlement Agreement, and all papers in support and in
3  opposition thereto, hereby GRANTS the motion as follows:
4  For good cause shown, and in order to preserve the *status quo* pending appeal pursuant to
5  Federal Rule of Civil Procedure 62(c), Plaintiff's Motion to Clarify or in the Alternative Stay the
6  Order Enforcing Settlement Agreement is GRANTED.  The Order Enforcing Settlement
7  Agreement is stayed in its entirety as to all parties until such time as the mandate issues from the
8  Ninth Circuit Court of Appeals.
9  By this Order, the hearing scheduled for March 3, 2017 is VACATED.

**IT IS SO ORDERED.**

Dated: January 24, 2017

By: *Jeffrey S. White*
Judge Jeffrey S. White
United States District Court Judge