UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GOLDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, et al.,<br><br>　　　　Defendants. | Case No. 10-cv-00437-JSW<br><br>**ORDER REGARDING DEFENDANTS' BILL OF COSTS AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 163, 171 |

On December 12, 2016, Defendants filed a bill of costs after this Court granted their motion to enforce a settlement agreement. On January 23, 2017, the Court issued an Order to Show Cause as to why Defendants were legally entitled to recover costs. Defendants and Plaintiff filed timely responses to that Order to Show Cause.

On September 18, 2017, the Court deferred ruling on Defendants' bill of costs pending resolution of Plaintiff's appeal. On June 24, 2018, the United States Court of Appeals reversed this Court's Order granting Defendants' motion to enforce the settlement agreement, and the mandate issued on August 21, 2018. In light of the Ninth Circuit's opinion, the issues regarding Defendants' bill of costs are moot.

The parties are HEREBY ORDERED to appear for a case management conference on Friday, October 12, 2018 at 11:00 a.m. in Courtroom 5, United States District Courthouse, 1301 Clay Street, Second Floor, Oakland, California. The parties shall meet and confer, as that term is defined in the Northern District Civil Local Rules, in advance of that conference for purposes of preparing a joint case management conference statement which conforms with the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Conference Statement.

The joint case management conference statement shall be due by no later than October 5, 2018.

**IT IS SO ORDERED.**

Dated: August 27, 2018

_____
JEFFREY S. WHITE
United States District Judge