MATTHEW BROOKS BORDEN
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
415-599-0212
415-276-1808 (fax)
borden@braunhagey.com

Counsel for Plaintiff Donald Golden

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Donald Golden, | Case No. 4:10-cv-00437-JSW |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| v. | |
| California Emergency Physicians Medical Group, MedAmerica, Mark Alderdice, Robert Buscho, | Local Rule 6-2, 7-12 |
| | Judge: Hon. Hon. Jeffrey S. White |
| Defendants. | |

## STIPULATION

The parties, through their counsel, jointly request a 14-day continuance of the Case Management Conference now set for October 12, 2018.

Pursuant to Local Rule 6-2(a)(1), the reason for the requested continuance is to allow time for new trial counsel for Plaintiff to review the file in this matter, and to meet and confer with counsel for the defendants regarding a schedule for resolution of the case. Plaintiff has retained the firm Rosen Bien Galvan & Grunfeld, LPP ("RBGG"), which is preparing to substitute in as trial counsel. Present counsel, Matthew Borden, was retained for appellate purposes.

Pursuant to Local Rule 6-2(a)(2), the docket for this matter reflects the following previous time modifications in this case: Dkt. No. 21 (6/22/2010, resetting settlement conference); No. 23 (6/24/2010, same); No. 24 (9/2/2010, same); No. 85 (4/10/2012,

[3307486.1]

Case No. 4:10-cv-00437-JSW

continuing hearing on motion to intervene); No. 87 (5/9/2012, second order to continue same); No. 130 (2/26/2016, continuing briefing schedule); No. 132 (3/14/2016, second order continuing same).

Local Rule 6.2(a)(3) requires that we describe "the effect the requested time modification would have on the schedule for the case." There is no current trial date for this matter. This request would therefore have no effect on any existing schedule. The parties intend to pursue the matter diligently to a conclusion with no undue delay.

We respectfully request that the Court continue the Case Management Conference, now set for October 12, 2018, for 14 days, to October 26, 2018, or to the earliest date thereafter that is convenient for the Court.

Respectfully submitted,

DATED: October 5, 2018              BraunHagey & Borden LLP

                                    By: _____
                                        Matthew Borden

                                    Attorneys Plaintiff Donald Golden MD


DATED: October 5, 2018              Constangy, Brooks, Smith & Prophete LLP,

                                    By: _____
                                        Sarah Elizabeth Robertson

                                    Attorneys for Defendants California Emergency
                                    Physicians Medical Group, MedAmerica, Mark
                                    Alderdice, Robert Buscho

DATED: October 5, 2018

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Ernest Galvan
Ernest Galvan

Attorneys Appearing Specially for Plaintiff Donald Golden Pending Notice of Substitution

# [PROPOSED] ORDER

Good cause appearing, the Case Management Conference now set for 11 AM, October 12, 2018 in Oakland, Courtroom 5, 2d Floor, is continued to 11:00 am, October 26, 2018, in the same location.

The parties shall meet and confer, as that term is defined in the Northern District Civil Local Rules, in advance of that conference for purposes of preparing a joint case management conference statement which conforms with the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Conference Statement.

The joint case management conference statement shall be due by no later than October 19, 2018.

**IT IS SO ORDERED**

DATED: October 9, 2018

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

3

Case No. 4:10-cv-00437-JSW